FILED

Oct 30  2 24 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, : | |
| Plaintiff, : | CIVIL ACTION NO. |
| v. : | 3:02CV2177 (GLG) |
| EQUITY OFFICE PROPERTIES TRUST, : | |
| : | OCTOBER 30, 2003 |
| Defendant. : | |

## MOTION TO IMPLEAD THIRD PARTY DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 14(a), the defendant, Equity Office Properties Trust ("the defendant"), hereby moves the Court for permission to serve a summons and complaint upon Lumbermen's Mutual Casualty Insurance, Kemper Insurance ("Kemper Insurance") and Houlihan's Restaurant, Inc. ("Houlihan's Restaurant") for contractual indemnification. Kemper Insurance and Houlihan's Restaurant are not parties to this action, but, as set forth in the proposed summons and complaint (attached as Exhibit A), they are or may be obligated to the defendants for defense and indemnification in connection with the plaintiff's claims.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1273888}

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

WHEREFORE, the defendant respectfully moves this Court for permission to serve the attached summons and complaint. The defendant represents that the granting of this Motion will not unduly delay the trial of this action or work an injustice upon the plaintiff or parties sought to be impleaded.

                                            Respectfully submitted,

                                            THE DEFENDANT,
                                            EQUITY OFFICE PROPERTIES TRUST

By:    */s/ Howard K. Levine*
        Howard K. Levine
        Federal Bar No. ct 10555
For:   Carmody & Torrance LLP
        195 Church Street; P.O. Box 1950
        New Haven, CT 06510
        Tele:  (203) 777-5501
        Fax:  (203) 784-3199
        E-mail:  hlevine@carmodylaw.com
        *Its Attorneys*

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
{W1273888}   New Haven, CT 06509-1950  2
   Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

>Eddi Z. Zyko, Esq.
>120 Fenn Road
>Middlebury, CT 06762

_____
Howard K. Levine

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| v. : | 3:02CV2177 (GLG) |
| : | |
| EQUITY OFFICE PROPERTIES TRUST, : | |
| : | OCTOBER 30, 2003 |
| Defendant. : | |

### EQUITY OFFICE PROPERTIES TRUST'S THIRD-PARTY COMPLAINT AGAINST HOULIHAN'S RESTAURANT INC. AND LUMBERMEN'S MUTUAL CASUALTY INSURANCE, KEMPER INSURANCE

### COUNT ONE:

1. On or about December 5, 2002, the plaintiff, Rosemary A. Hughes, commenced an action in the District Court of Connecticut, against the defendants/ cross-claim plaintiffs, Equity Office Properties Trust (collectively, "EOP" or "third party plaintiffs").

2. In her Amended Complaint dated December 18, 2002, the plaintiff alleges that on or about December 9, 2000 at 12:30 p.m. she was upon the premises known as Houlihan's Restaurant in Boston Massachusetts (hereinafter the "premises").

3.  The plaintiff alleges that at all times relevant to the Amended Complaint, EOP owned, maintained and/or controlled the premises.

4.  The plaintiff further alleges at that same time and place that she fell down a flight of stairs thereby sustaining personal injuries and losses.

5.  At all times relevant to the plaintiff's Amended Complaint, the cross-claim defendant, Houlihan's Restaurant Inc. ("Houlihan's Restaurant ") was a foreign corporation with a place of business at Two Emanuel Cleaver II Boulevard in Kansas City, Missouri.

6.  At all times relevant to the Amended Complaint, EOP and Houlihan's Restaurant were parties to a contract entitled, "Restaurant Lease" dated November 7, 1977 (hereinafter the "contract").

7.  Pursuant to Article 5.2 of the contract, Houlihan's Restaurant agreed to "…keep the Premises in good order, repair and condition, reasonable wear and tear only excepted…"

8.  Pursuant to Article 5.7 of the contract, Houlihan's Restaurant agreed to "defend with counsel first approved by Landlord [EOP], save harmless, and indemnify Landlord [EOP] from any liability for injury, loss, accident or damage to any person

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law            Post Office Box 1950
{W1273888}                  New Haven, CT 06509-1950
                            Telephone: 203 777-5501

2

or property, and from any claims, actions, proceedings and expenses and costs in connection therewith ..."

9. Pursuant to Article 5.7, Houlihan's Restaurant further agreed to "to maintain in responsible companies qualified to do business, and in good standing, in Massachusetts public liability insurance covering the premises insuring the Landlord as well as the Tenant ..." for the benefit of the third party plaintiffs.

**COUNT TWO:**

1.-9. Paragraphs 1 through 9 of the Count One are hereby realleged and reincorporated as paragraphs 1 through 9 of Count Two as if fully set forth herein.

10. At all times mentioned herein, the third-party defendant, Lumbermen's Mutual Casualty Insurance, Kemper Insurance ("Kemper Insurance") was corporation authorized to write insurance policies in the State of Massachusetts and maintained a principal place of business at One Kemper Drive, Long Grove, Illinois.

11. Upon information and belief, pursuant to its agreement with the third party plaintiffs, Houlihan's Restaurant purchased comprehensive general liability insurance through Kemper Insurance and named EOP as an additional insured.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1273888}

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

3

12.     If the stairway was in a defective condition and the plaintiff was injured as alleged, Houlihan's Restaurant breached its contractual duty to maintain the premises in a safe condition and/or was negligent in the performing of its duties.

13.     Upon information and belief, pursuant to the terms of the policy, Kemper Insurance agreed to defend and indemnify EOP against claims arising out of Houlihan's Restaurant's maintenance of the premises.

14.     Although EOP timely notified Kemper Insurance of the plaintiff's claim and demanded that Kemper indemnify and defend it, Kemper has failed to honor its contractual obligations under the policy.

WHEREFORE, the third-party plaintiffs claim:

1. Defense in the underlying action from the third-party defendant, Houlihan's Restaurant;

2. Indemnification from the third-party defendant, Houlihan's Restaurant, in the amount of any judgment rendered against EOP and in favor of the plaintiff;

3. Defense in the underlying action from the third-party defendant, Kemper Insurance;

4. Indemnification from the third-party defendant, Kemper Insurance, in the amount of any judgment rendered against EOP and in favor of the plaintiff;

5. Litigation costs in this action including attorneys' fees, investigation expenses and other costs of litigation;

6. Any sums that EOP may expend in a reasonable settlement or compromise of the underlying claim; and

7. Any other relief as in law or equity may apply.

          Respectfully submitted,

          THE DEFENDANT,
          EQUITY OFFICE PROPERTIES
          TRUST


By: _____

      Howard K. Levine
      Federal Bar No. ct 10555
For:  Carmody & Torrance LLP
      195 Church Street; P.O. Box 1950
      New Haven, CT 06510
      Tele: (203) 777-5501
      Fax: (203) 784-3199
      E-mail: hlevine@carmodylaw.com
      *Its Attorneys*