FILED
Nov 25  2 18 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMARY A. HUGHES, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:02CV2177 (GLG) |
| | : | |
| EQUITY OFFICE PROPERTIES TRUST, | : | |
| | : | NOVEMBER 25, 2003 |
| Defendant. | : | |

## APPEARANCE

Please enter the appearance of Kimberly J. Tibbetts on behalf of the defendant, Equity Office Properties Trust, in the above-captioned action.

                          THE DEFENDANT,
                          EQUITY OFFICE PROPERTIES
                          TRUST

By: _____
       Kimberly J. Tibbetts
For: Carmody & Torrance LLP
      195 Church Street; P.O. Box 1950
      New Haven, CT 06509-1950
      (203) 777-5501
      Federal Bar No. ct25293

{N0708419}

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law            Post Office Box 1950
                            New Haven, CT 06509-1950
                            Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a true and accurate copy of the foregoing was served by first class mail, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT  06762

Kimberly J. Tibbetts

{N0708419}                                                            2