FILED
Nov 25  2 16 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

ROSEMARY A. HUGHES,

              Plaintiff,    :    CIVIL ACTION NO.
v.    :    3:02CV2177 (GLG)

EQUITY OFFICE PROPERTIES TRUST,
    :    NOVEMBER 25, 2003
              Defendant.

---

## MOTION UPON CONSENT TO EXTEND SCHEDULING ORDER

The Defendant, Equity Office Properties Trust, by and through its undersigned counsel, hereby requests that the Court enter an Order extending the deadlines set forth in the Court's Scheduling Order dated May 22, 2003. The undersigned has consulted with Eddi Zyko, counsel for the Plaintiff Rosemary Hughes, who has indicated his consent to this motion. This is the first such request to extend the scheduling order and is made before the expiration of the time limits sought to be extended. In support of this motion, defendant states that due to complications arising from the bankruptcy proceedings of Houlihan's Restaurant Inc., it has not been able to

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

complete depositions under the existing schedule.

The defendant therefore seeks to extend the deadlines set forth in the scheduling order by six months as follows:

Fact discovery completed: June 1, 2004

Expert discovery completed: October 1, 2004

All discovery completed: October 1, 2004

Plaintiff to designate experts and provide reports: July 5, 2004

Depositions of plaintiff's experts complete: August 5, 2004

Defendant to designate experts and provide reports: September 1, 2004

Depositions of defendant's experts complete: October 1, 2004

All dispositive motions filed: November 1, 2004

Joint trial memorandum: November 15, 2004

Trial Ready: February 1, 2005

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

                THE DEFENDANT
                EQUITY OFFICE PROPERTIES TRUST

BY: _____
       Kimberly J. Tibbetts
       Federal Bar No. ct25293
FOR: Carmody & Torrance LLP
       195 Church Street; P.O. Box 1950
       New Haven, CT 06509-1950
       Its Attorneys

{W1274528}          3

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law               Post Office Box 1950
                               New Haven, CT 06509-1950
                               Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Kimberly J. Tibbetts

{W1274528}                               4

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501