**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
ROSEMARY A. HUGHES,                 :
                                    :
        Plaintiff,                  :         <u>**ORDER**</u>
                                    :
     -against-                      :
                                    :         **3: 02 CV 2177 (GLG)**
EQUITY OFFICE PROPERTIES TRUST,     :
                                    :
            Defendant.              :
-----------------------------------X

Defendant's Motion to Implead Third Party Defendants (Doc. #14) filed October 30, 2003, is hereby **GRANTED**.

    **SO ORDERED.**

**Dated:   December 9, 2003**
         **Waterbury, CT**                       _____/s/_____
                                              **Gerard L. Goettel**
                                                  **U.S.D.J.**