16

12/10/03: Motion GRANTED on consent.
Gerard L. Goettel, USDJ

FILED
Nov 25  2 18 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMARY A. HUGHES,

            Plaintiff,

v.

EQUITY OFFICE PROPERTIES TRUST,

           Defendant.

CIVIL ACTION NO.
3:02CV2177 (GLG)

NOVEMBER 25, 2003

## MOTION UPON CONSENT TO EXTEND SCHEDULING ORDER

The Defendant, Equity Office Properties Trust, by and through its undersigned counsel, hereby requests that the Court enter an Order extending the deadlines set forth in the Court's Scheduling Order dated May 22, 2003. The undersigned has consulted with Eddi Zyko, counsel for the Plaintiff Rosemary Hughes, who has indicated his consent to this motion. This is the first such request to extend the scheduling order and is made before the expiration of the time limits sought to be extended. In support of this motion, defendant states that due to complications arising from the bankruptcy proceedings of Houlihan's Restaurant Inc., it has not been able to

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501