

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY HUGHES, | CIVIL ACTION NO. |
| Plaintiff | 3:02 CV2177 (GLG) |
| VS. | : |
| EQUITY OFFICE PROPERTIES TRUST, | : |
| Defendant | FEBRUARY 4, 2004 |

## *APPEARANCE*

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **THE THIRD PARTY DEFENDANTS, HOULIHAN'S RESTAURANT, INC. AND LUMBERMAN'S MUTUAL CASUALTY INSURANCE COMPANY, KEMPER INSURANCE.**

2/4/04
Date

Signature

JEFFREY A. BLUEWEISS
BAI, POLLOCK, BLUEWEISS &
MULCAHEY, P.C.
10 MIDDLE STREET
BRIDGEPORT, CT 06604
(203) 366-7991
Fax (203) 366-4723
Federal Bar No. CT08597

## **CERTIFICATION**

This is to certify that a copy of this pleading has been sent, via U.S. Mail, postage prepaid, this 4th day of February, 2004 to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Kimberly J. Tibbetts
Carmody & Torrance
195 Church Street
New Haven, CT 06509-1930

_____
Jeffrey A. Blueweiss
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604
(203) 366-7991
Fax (203) 366-4723
Federal Bar No. CT08597