

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 3:02CV2177 (GLG) |
| EQUITY OFFICE PROPERTIES TRUST, | |
| Defendant. | MARCH 26, 2004 |

### THIRD PARTY PLAINTIFF'S OBJECTION TO MOTION FOR DEFAULT FOR THIRD PARTY DEFENDANT'S FAILURE TO PLEAD

The defendant/third party plaintiff, Equity Office Properties Trust, (hereafter "EOP") hereby objects to plaintiff Rosemary Hughes's Motion for Default for third-party defendants' failure to plead because the plaintiff does not have standing under Rule 55 of the Rules of Civil Procedure to file a motion for default against EOP's third-party defendants.

This is a premises liability action in which Rosemary Hughes brought suit against EOP who is the owner of a premises in which Ms. Hughes allegedly fell and sustained injuries. EOP has filed a cross-claim against Houlihan's Restaurant Inc, the lessee and manager of the premises, and its insurance company, Lumberman's Mutual Casualty Insurance Company/Kemper Insurance for contractual and common law indemnification. The plaintiff Rosemary Hughes has not pleaded over against the

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

third party defendants. The third party defendants have not yet answered the cross-complaint.[1]

Under Federal Rule of Civil Procedure 55, "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default ... Judgment for default may be entered as follows: ...(2) By the Court. In all other cases *the party entitled to a judgment by default shall apply to the court therefore*" (emphasis added). Because EOP is the third-party complainant, and not the plaintiff, only EOP is the party entitled to a judgment on its third party complaint under Federal Rule 55, and therefore the plaintiff does not have standing to request that a default be entered.

WHEREFORE, EOP respectfully requests that because the plaintiff is not the party entitled to a judgment on the third party complaint and because the plaintiff does not have standing to file a motion for default in this third party complaint, the plaintiff's motion for default should be denied.

---

[1] EOP as third party plaintiff has not yet moved for default to enter against the third party defendants in order to facilitate ongoing discussions among the parties to the third party complaint that will, if successful, eliminate the need for litigation of the issues raised thereon and result in its withdrawal.

{W1294590}                                    2

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                Post Office Box 1950
                                New Haven, CT 06509-1950
                                Telephone: 203 777-5501

Respectfully submitted,

THE DEFENDANT,
EQUITY OFFICE PROPERTIES TRUST

BY: _____
Kimberly J. Tibbetts
FOR: Carmody & Torrance LLP
195 Church Street; 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
E-Mail: ktibbetts@carmodylaw.com
Federal Bar No.: ct25293
Its Attorneys

{W1294590}                                    3

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Jeffrey A. Blueweiss, Esq.
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street; P.O. Box 1978
Suite 820
Bridgeport, CT 06604

Kimberly J. Tibbetts

{W1294590}                                    4

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law            Post Office Box 1950
                            New Haven, CT 06509-1950
                            Telephone: 203 777-5501