UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
..........................................
                                          :
ROSEMARY A. HUGHES                        :   CIVIL ACTION:
                                          :   3:02-cv-2177 (GLG)
        Plaintiff,                        :
                                          :
V.                                        :   March 22, 2004
                                          :
                                          :
EQUITY OFFICE PROPERTIES TRUST            :
                                          :   JURY TRIAL REQUESTED
        Defendant.                        :
..........................................:
```

PLAINTIFF'S REQUEST TO ENTER DEFAULT FOR THE
THIRD PARTY DEFENDANTS' FAILURE TO PLEAD

To the Clerk of the United States District Court for the District of Connecticut:

You will please enter the default of the Third Party Defendants, Houlihan's Restaurant, Inc. and Lumberman's Mutual Casualty Insurance Company, Kemper Insurance, for their not having answered or otherwise moved as to the Complaint, or the Third Party Complaint, as appears from the affidavit hereto attached.

BY _____
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT. JURIS NO:   71655
FEDERAL BAR NO: CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

CERTIFICATION OF SERVICE

I hereby certify that on March 22, 2004 a copy of the foregoing was mailed first class, postage prepaid in accordance with the Practice Book to the counsel for the defendant, Carmody & Torrance LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509-1950 and the counsel for the third party defendants, Bai, Pollock, Blueweiss & Mulchahy, PC, 10 Middle Street, Bridgeport, Connecticut 06604.

_____
EDDI Z. ZYKO, ESQUIRE

Subscribed and sworn under the pains and penalties of perjury before me this 22d day of March, 2004.

AFFIX SEAL HERE                        _____ (Signature)
                                        Joel M. Grafstein (Typed/ Printed Name)
                                        ~~Notary Public~~
                                        Commissioner of the Superior Court

## CERTIFICATION OF SERVICE

I hereby certify that on March 22, 2004 a copy of the foregoing was mailed first class, postage prepaid in accordance with the Practice Book to the counsel for the defendant, Carmody & Torrance LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509-1950 and the counsel for the third party defendants, Bai, Pollock, Blueweiss & Mulchahy, PC, 10 Middle Street, Bridgeport, Connecticut 06604.

_____
EDDI Z. ZYKO, ESQUIRE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ROSEMARY A. HUGHES | CIVIL ACTION: |
| Plaintiff, | 3:02-cv-2177 (GLG) |
| v. | March 22, 2004 |
| EQUITY OFFICE PROPERTIES TRUST | |
| Defendant. | JURY TRIAL REQUESTED |

**AFFIDAVIT RE: PLAINTIFF'S REQUEST TO ENTER DEFAULT FOR
THE THIRD PARTY DEFENDANTS' FAILURE TO PLEAD**

STATE OF CONNECTICUT
                    SS: MIDDLEBURY
COUNTY OF NEW HAVEN

1. I am over the age of 18 years and understand the meaning of an oath.

2. I am personally familiar with that stated herein.

3. That the Third Party Defendants, Houlihan's Restaurant, Inc. and Lumberman's Mutual Casualty Insurance Company, Kemper Insurance, have not answered or otherwise moved as to the Complaint, or the Third Party Complaint, and the parties hove not reached a settlement of this case.

THE PLAINTIFF,

BY _____
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT. JURIS NO: 71655
FEDERAL BAR NO: CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

1