UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x
| | | |
|---|---|---|
| ROSEMARY HUGHES, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-2177 (GLG) |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | |
| EQUITY OFFICE PROPERTIES TRUST, | : | |
| | : | APRIL 2, 2004 |
| Defendant. | : | |

------------------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw his appearance as counsel for the following party in this action: *Equity Office Properties Trust.*

Attorney Kimberly J. Tibbetts of Carmody & Torrance has an appearance on file for said party and will continue to represent it in this matter.

 By:/s/ David S. Hardy
 David S. Hardy
 Federal Bar No. ct20904
 LEVETT ROCKWOOD P.C.
 33 Riverside Avenue
 Post Office Box 5116
 Westport, Connecticut 06881
 Telephone: (203) 222-0885
 Facsimile: (203) 226-8025
 dhardy@levettrockwood.com

{H:\DOCS\DH\PLD\00081066.DOC}

## **CERTIFICATION**

This is to certify that, on April 2, 2004, a true and correct copy of the foregoing was sent to Equity Office Properties Trust at the following address:

***BY CERTIFIED MAIL:***

Equity Office Properties Trust
Two North Riverside Plaza
Chicago, IL 60606

*and by first-class mail, postage prepaid, or by hand delivery, to the following counsel of record:*

| | |
|---|---|
| Eddi Z. Zyko, Esq. | Kimberly J. Tibbetts, Esq. |
| 120 Fenn Road | Carmody & Torrance |
| Middlebury, CT 06762 | 195 Church Street |
| | New Haven, CT 06509-1930 |
| Jeffrey A. Bluewiess, Esq. | |
| Bai, Pollock, Blueweiss & Mulcahey, P.C. | |
| 10 Middle Street | |
| Bridgeport, CT 06604 | |

                s/s David S. Hardy
                David S. Hardy