**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
ROSEMARY HUGHES,                    :
                                    :
        Plaintiff                   :
                                    :        ORDER
        -against-                   :
                                    :   3: 02 CV 2177 (GLG)
EQUITY OFFICE PROPERTIES TRUST      :
                                    :
        Defendant                   :
------------------------------------X
```

The Motion for Leave to Withdraw Appearance [Doc. #25] is **granted.**

       **SO ORDERED.**

**Dated:   April 8, 2004**
**         Waterbury, CT**                       _____/s/_____
                                                    **Gerard L. Goettel**
                                                      **U.S.D.J.**