2004 MAY 28  P 4: 21

DISTRICT C...
NEW HAVEN, CO...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:02CV2177 (GLG) |
| EQUITY OFFICE PROPERTIES TRUST, | : |
| | : MAY 28, 2004 |
| Defendant. | : |

## MOTION TO EXTEND SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure, Rule 7(b), the defendant, Equity Office Properties Trust, by and through its undersigned counsel, hereby requests that the Court enter an Order extending the deadline for completion of fact discovery set forth in the Court's Scheduling Order dated May 22, 2003. This is the second such request to extend the scheduling order and is made before the expiration of the time limits sought to be extended. Defendant's counsel has been unable to contact plaintiff's counsel to determine his position on this motion. In support of this motion, the defendant states that the plaintiff has failed to comply with outstanding discovery requests to provide, *inter alia*, the names and addresses of witnesses expected to be called at trial, the nature and dollar amount of the plaintiff's damages, as well as

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

{W1303300}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                        Post Office Box 1950
                                                      New Haven, CT 06509-1950
                                                      Telephone: 203 777-5501

clarification and documentation of the plaintiff's claims in this lawsuit. Without this information, the defendant has been unable to complete depositions under the existing schedule.

The defendant therefore seeks to extend the deadlines set forth in the scheduling order by four months as follows: Fact discovery completed: October 1, 2004.

THE DEFENDANT
EQUITY OFFICE PROPERTIES TRUST

BY: _____
Kimberly J. Tibbetts
Federal Bar No. ct25293
FOR: Carmody & Torrance LLP
195 Church Street; P.O. Box 1950
New Haven, CT 06509-1950
Its Attorneys

{W1303300}                           2

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law            Post Office Box 1950
                            New Haven, CT 06509-1950
                            Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

*Kimberly J. Tibbetts*

{W1303300}                                3

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501