FILED

2004 JUL -8 A 8: 04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY HUGHES, | CIVIL ACTION NO. : 3:02 CV2177 (RNC) |
| Plaintiff | : |
| VS. | : |
| EQUITY OFFICE PROPERTIES TRUST, : | |
| Defendant | : JULY 7, 2004 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **THE THIRD PARTY DEFENDANTS, HOULIHAN'S RESTAURANT, INC. AND LUMBERMAN'S MUTUAL CASUALTY INSURANCE COMPANY, KEMPER INSURANCE.**

_7/7/04_
Date

_[signature]_
Signature

MICHAEL S. LYNCH
BAI, POLLOCK, BLUEWEISS &
MULCAHEY, P.C.
10 MIDDLE STREET
BRIDGEPORT, CT 06604
(203) 366-7991
Fax (203) 366-4723
Federal Bar No. CT02728

## CERTIFICATION

This is to certify that a copy of this pleading has been sent, via U.S. Mail, postage prepaid, this 7th day of July, 2004 to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT  06762

Kimberly J. Tibbetts
Carmody & Torrance
195 Church Street
New Haven, CT  06509-1930

Michael S. Lynch
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT  06604
(203) 366-7991
Fax (203) 366-4723
Federal Bar No.CT02728