UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| v. : | 3:02CV2177 (RNC) |
| : | |
| EQUITY OFFICE PROPERTIES TRUST, : | |
| : | JULY 29, 2004 |
| Defendant. : | |

## MOTION TO PRECLUDE
## TESTIMONY OF EXPERT WITNESSES

Pursuant to Rules 37(b)(2) and 37(c)(1) of the Federal Rules of Civil Procedure, the defendant, Equity Office Properties Trust (EOP), hereby moves for an order from this Court precluding the testimony of expert witnesses in this lawsuit on the grounds that the plaintiff has not disclosed any expert witnesses and the defendant's deadline for disclosing expert witnesses, July 5, 2004, has passed. In addition, the Court-ordered deadline for conclusion of depositions of the plaintiff's expert witnesses is August 5, 2004; assuming the plaintiff intends to disclose expert witnesses, the defendant would not be able to take the depositions before this deadline. The defendant submits a Memorandum of Law in support of this Motion. The undersigned also submits an affidavit from Kimberly J. Tibbetts, counsel for defendant, certifying that she has conferred with the party not making the disclosure in an effort to secure the disclosure without court action.

{W1310359}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law           Post Office Box 1950
                           New Haven, CT 06509-1950
                           Telephone: 203 777-5501

                      THE DEFENDANT,
                      EQUITY OFFICE PROPERTIES TRUST

BY:    _____
        Howard K. Levine
        Federal Bar No.: ct10555
        Kimberly J. Tibbetts
        Federal Bar No.: ct25293
        Carmody and Torrance LLP
        195 Church Street / P.O. Box 1950
        New Haven CT 06509-1950
        Telephone: (203) 777-5501
        Facsimile: (203) 784-3199
        Its Attorneys

{W1310359}　　　　2

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
   New Haven, CT 06509-1950
   Telephone: 203 777-5501

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by postage prepaid, on the above date, to:

| | |
|---|---|
| Eddi Z. Zyko, Esq.<br>120 Fenn Road<br>Middlebury, CT 06762<br>*Attorney for Plaintiff* | Jeffrey A. Blueweiss<br>Michael S. Lynch<br>Bai, Pollock, Blueweiss & Mulcahey<br>Park City Plaza<br>10 Middle Street, Suite 820<br>PO Box 1978<br>Bridgeport, CT 06604<br>*Attorneys for Third-Party Defendants, Houlihan's Restaurants, Inc., Lumberman's Mutual Casualty Ins., and Kemper Insurance Group* |

_____
Howard K. Levine

{W1310359}    3

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501