2CV2177 MOT

FILED
Nov 25  2 18 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:02CV2177 (GLG) |
| EQUITY OFFICE PROPERTIES TRUST, | : |
| | : NOVEMBER 25, 2003 |
| Defendant. | : |

12/10/03: Motion GRANTED on consent.
Gerard L. Goettel, USDJ

## MOTION UPON CONSENT TO EXTEND SCHEDULING ORDER

The Defendant, Equity Office Properties Trust, by and through its undersigned counsel, hereby requests that the Court enter an Order extending the deadlines set forth in the Court's Scheduling Order dated May 22, 2003. The undersigned has consulted with Eddi Zyko, counsel for the Plaintiff Rosemary Hughes, who has indicated his consent to this motion. This is the first such request to extend the scheduling order and is made before the expiration of the time limits sought to be extended. In support of this motion, defendant states that due to complications arising from the bankruptcy proceedings of Houlihan's Restaurant Inc., it has not been able to

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

CARMODY & TORRANCE LLP        195 Church Street
Attorneys at Law                    Post Office Box 1950
                                    New Haven, CT 06509-1950
                                    Telephone: 203 777-5501

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES,<br><br>               Plaintiff,<br>v.<br><br>EQUITY OFFICE PROPERTIES TRUST,<br><br>               Defendant. | CIVIL ACTION NO.<br>3:02CV2177 (GLG)<br><br>NOVEMBER 25, 2003 |

**MOTION UPON CONSENT TO EXTEND SCHEDULING ORDER**

The Defendant, Equity Office Properties Trust, by and through its undersigned counsel, hereby requests that the Court enter an Order extending the deadlines set forth in the Court's Scheduling Order dated May 22, 2003. The undersigned has consulted with Eddi Zyko, counsel for the Plaintiff Rosemary Hughes, who has indicated his consent to this motion. This is the first such request to extend the scheduling order and is made before the expiration of the time limits sought to be extended. In support of this motion, defendant states that due to complications arising from the bankruptcy proceedings of Houlihan's Restaurant Inc., it has not been able to

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

complete depositions under the existing schedule.

The defendant therefore seeks to extend the deadlines set forth in the scheduling order by six months as follows:

Fact discovery completed: June 1, 2004

Expert discovery completed: October 1, 2004

All discovery completed: October 1, 2004

Plaintiff to designate experts and provide reports: July 5, 2004

Depositions of plaintiff's experts complete: August 5, 2004

Defendant to designate experts and provide reports: September 1, 2004

Depositions of defendant's experts complete: October 1, 2004

All dispositive motions filed: November 1, 2004

Joint trial memorandum: November 15, 2004

Trial Ready: February 1, 2005

{W1274528}                    2

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

THE DEFENDANT
EQUITY OFFICE PROPERTIES TRUST

BY: _____
Kimberly J. Tibbetts
Federal Bar No. ct25293

FOR: Carmody & Torrance LLP
195 Church Street; P.O. Box 1950
New Haven, CT 06509-1950
Its Attorneys

{W1274528}                          3

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law            Post Office Box 1950
                            New Haven, CT 06509-1950
                            Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

*Kimberly J. Tibbetts*

{W1274528}                                    4