**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROSEMARY A. HUGHES, Plaintiff, | CIVIL ACTION: 3:02-cv-2177 (RNC) |
| V. | June 26, 2004 |
| EQUITY OFFICE PROPERTIES TRUST, Defendant. | JURY TRIAL REQUESTED |

**NOTICE RE: THE PLAINTIFF'S, ROSEMARY A. HUGHES, ANSWERS TO THE DEFENDANT'S, EQUITY OFFICE PROPERTIES TRUST, FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF**

The Plaintiff, Rosemary A. Hughes, hereby notifies the court and defendants that she has answered the defendant's, Equity Office Properties Trust, First Set of Interrogatories and Requests for Production Directed to The Plaintiff, dated October 31, 2003, as delimited upon her Amended Continuation Sheet attached thereto at Exhibit A hereto.

THE PLAINTIFF,

BY ____________

EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT. JURIS NO: 71655
FEDERAL BAR NO. CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, Plaintiff, | CIVIL ACTION NO. 3:02CV2177 (GLG) |
| v. | |
| EQUITY OFFICE PROPERTIES TRUST, Defendant. | OCTOBER 31, 2003 |

**DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF**

The defendant hereby requests, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, that the defendant answer within thirty (30) days after service hereof, in writing and under oath the following Interrogatories, and to produce copies of the following documents, or afford counsel for the defendants the opportunity to inspect, copy, photograph or otherwise reproduce said documents. The production of such documents shall take place at Carmody & Torrance, 195 Church Street, New Haven, Connecticut. This request is continuing in nature and the defendants are requested to supplement their responses any time up to and including the date of trial.

## DEFINITIONS AND INSTRUCTIONS:

1. As used herein, the terms "You", "Your", "Plaintiff", "Rosemary A. Hughes", shall include any of the Plaintiff's agents, servants, attorneys, representatives, and all other persons acting, understood to act, or purporting to act in Defendants' direction or control.

2. The term "Document" or "Documents" includes, without limitation, the original and all copies and translations of any information in any written, recorded or graphic form however produced or reproduced including, but not limited to, correspondence, letters, telegrams, telex, other written communications, compilations, summaries, contracts, agreements, notes, memoranda, circulars, releases, articles, prospectuses, analyses, projections, work papers, diaries, charts, calendars, computer software, computer data, books, accounts, photographs, advertising materials, reports, records, financial statements, transcripts, deposition transcripts and exhibits, intra-office communications, inter-office communications, charts, checks, check stubs, delivery tickets, bills of lading, invoices, price lists, quotations, claims documents, bulletins, brochures, manuals, summaries, graphs, computer files, word-processor files, electronic, magnetic, tape or photographic recordings or reproductions of any

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

nature whatsoever, or any other written, recorded, transcribed, punched, taped, filmed or graphed matter, however produced or reproduced, including copies of the foregoing which are different in any way from the original (whether by inter-lineation, receipt stamp, notation, indication of copies sent or received, or otherwise), regardless of whether designated "confidential", "privileged", "private", or otherwise, now or at any time in your possession, custody or control or that of your attorneys or any other agent or representative, and refers both to originals and copies and to documents now in your possession or subject to your control, or documents which you may have delivered to a third party.

If any such document was, but is no longer in your possession or subject to your control, state what disposition was made of it.

3. The term "relating to" shall mean relating to, discussing, concerning or pertaining to, in any way, directly or indirectly, the event, act, subject or occurrence specified in the request.

4. To the extent not otherwise specifically mentioned in these Interrogatories and Production Requests ("Discovery Requests"), the term "statement" shall be defined as set forth in Rule 26(b)(3) of the Federal Rules of Civil Procedure.

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

5. The term "Communication" means any written, oral, telephonic or other inquiry, examination, notice, representation, discussion, conversation, correspondence, telegram, negotiation, review, claim, agreement, understanding, meeting or interview.

6. The term "Communication between" or "Communication among" any individual or entity and any other individuals or entities include communications going in either direction between such individuals or entities.

7. "Identify", when used in reference to a person, means to state his full name and present or last known address, the profession or business in which he is engaged, and, if applicable, each of his or her employers and title with respect to the period covered by the Interrogatories and the dates of each such employment or title.

8. "Identify", when used in reference to a document, means to state the title of each document with sufficient particularity to enable the same to be identified; the date of each document bears or, if undated, the date it was written; the date each document was executed, if different from the date it bears; the name, address and telephone number of each person to whom the document is addressed; the name, address and telephone number of each person who signed the document; the name, address and telephone number of each recipient of the document; the name, address and telephone number of each person to whom a copy of the document was furnished;

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

and if the document or copy thereto is no longer in your possession or control, the name, address and telephone number of the person who has possession or control of it.

9. "Identify", when used in reference to a conversation, means to state with respect to the conversation, the date and place of the conversation, the persons present and/or participating therein, the substance of the statements made by each person who was present or participated in such conversation, and the manner of truth of such conversation (i.e., in person, meeting, telephone conversation, etc.).

10. If any type of privilege is asserted with respect to any person, document, conversation requested to be identified, state the specific claim of privilege being made with respect to such person, document, or conversation and all information in connection therewith not subject to the claimed privilege. In particular, as to each communication as to which a claim of attorney-client privilege is made, state: (1) the person(s) who made the communication; (2) the person(s) to whom the communication was made; (3) the date and time of the communication; and (4) the method of communication.

11. Information sought in these Discovery Requests shall include information within the knowledge, possession, control or access of you or your agents, employees, attorney, investigators (including investigators of an attorney) or any

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

person acting as your representative or on your behalf including, but not limited to, any other independent attorney, agent or investigator.

12. Whenever appropriate, the singular form of a word shall be interpreted as plural, and the masculine gender shall be deemed to include the feminine.

13. In Interrogatories requesting the identification of documents, you are requested to state whether you will make those documents available for inspection and copying by the defendants by stating "available"; if you are unwilling or unable to produce certain documents, you are requested to so indicate by stating "not available" and state the reasons therefore.

14. If you at any time had possession or control of a document requested to be identified or produced, and if that document has been lost, destroyed, purged or is not presently in your possession or control, you shall described the document, the date of its loss, destruction, purge or separation from your possession or control and, if known, you shall identify the person last known by you to have possession or control of the document.

15. If any information contained in the answers to these Discovery Requests is not within your personal knowledge, so state. The answers to these Discovery Requests should identify each person, document, and communication upon

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

which you rely for the information contained in any answer not based solely on your own personal knowledge.

16. If you cannot answer any portion of any of the following Discovery Requests in full after exercising diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

17. If you claim a privilege for any communications or document, or any portion thereof, about which information is requested by these Discovery Requests, specify the privilege claimed, and provide a privilege log that is in full compliance with Rule 26(b)(5) of the Federal Rules of Civil Procedure and Local Rule 9(b).

18. Where documents are claimed to be outside the possession and control of the defendants, please describe all efforts by the defendants to obtain or locate the requested documents; identify the name and address of the person or entity who the defendants believe currently has possession, custody or control of the requested documents; and provide all information contained in the document which the defendants have knowledge in lieu of producing the requested documents.

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

19. Unless otherwise indicated, each document request relates to the period from February of 2001 until the date of defendants' responses to these Discovery Requests.

## INTERROGATORIES

1. State the exact nature and dollar amount of each item of damages alleged by the plaintiff, including without limitation amounts for personal injury, pain, suffering, medical treatment, physical therapy, anxiety, emotional distress and economic loss as well as any "temporary disability that may be permanent".

**RESPONSE:**

2. Has the plaintiff or anyone to the plaintiff's knowledge made or kept notes, recordings, memoranda or any other documents or tangible items of any kind concerning any fact or claim alleged in the plaintiff's complaint? If so, identify the date, nature and subject matter of each such item.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

3. Has the plaintiff or anyone to the plaintiff's knowledge taken notes of or otherwise recorded in any fashion any oral statement made by anyone constituting or concerning any fact alleged in the complaint? If so, state the following:

a) The name, address and telephone number of the person whose statement was recorded:

b) The date on which it was recorded;

c) The method by which it was recorded;

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

4. State the name, address, job position, title, and business affiliation of any person whom the plaintiff expects to call as an expert witness at trial, and for each such person, state:

a) the subject matter on which this expert is expected to testify;

b) the substance of the facts and opinions to which the expert is to testify;

c) A summary of the grounds for each opinion of this expert;

d) Identify by subject matter and general description any diagrams, drawings, charts, surveys or other tangible evidence expected to be used in connection with the testimony of this expert.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

5. State the name, address and telephone number of each person who is a witness to or has knowledge of any of the events alleged in the complaint, and for each such person state the event(s) to which he/she is a witness or has knowledge.

**RESPONSE:**

6. State the name, address and telephone number of each person expected to be a witness at trial for the plaintiff, and for each such person state the subject matter of his/her testimony.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

7. As concerns the allegations contained in paragraph 11 of the Third Count of the Complaint, state:

a) The type and nature of the contract you allege exists between the defendant and Houlihan's Restaurant Group.

b) The date the contract was executed.

c) The signatories to the contract.

d) Your basis for contending that you were a third party beneficiary to such a contract between the defendant and Houlihan's Restaurant Group.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

8. State how you maintain EOP "owned, operated or managed" "Sixty State Street" as those terms are used in paragraph 4 of the Complaint dated December 5, 2002.

**RESPONSE:**

9. State all facts supporting your contention that EOP "maintained comprehensive and detailed control over said Houlihan's Restaurant" as those terms are used in paragraph 6 of the Complaint dated December 5, 2002.

**RESPONSE:**

10. Set forth all facts upon which you base your claim that EOP has a non-delegable duty to ensure the plaintiff's safety as those terms are used in paragraph 8 of the Complaint dated December 5, 2002.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

11. Set forth all facts upon which you base your contention that EOP maintained the property at Sixty State Street as those terms are used in paragraph 8(6) of the Complaint dated December 5, 2002.

**RESPONSE:**

12. State the edition and publication date of the BOCA National Building Code reference in Count II, paragraph 10 of the Complaint dated December 5, 2002.

**RESPONSE:**

13. State all facts which support your contention that EOP violated the BOCA National Building Code as alleged in Count II, paragraph 11 of the Complaint dated December 5, 2002.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

14. Set forth and describe all "day to day contacts with Houlihan's Restaurant Group" as alleged in Count II, paragraph 12 of the Complaint dated December 5, 2002, including:

(a) the participants;

(b) the dates;

(c) the substance of such contacts;

(d) whether such contacts were written or oral.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## REQUESTS FOR PRODUCTION

The documents and things requested are:

1. All documents or things referring or relating to or comprising the information used, identified, referenced or otherwise incorporated into any of your responses to plaintiff's First Set of Interrogatories, including but not limited to:

(a) the "contract" reference in Count III, paragraph 11 of the Complaint.

(b) "60 State Street Tenant Manual", Procedures>> Alterations & Remodeling, other writings and day to day contacts with Houlihan's Restaurant Group referenced in Count III, paragraph 12 of the Complaint.

(c) the BOCA National Building Code referenced in Count II, paragraph 10 of the Complaint.

**RESPONSE:**

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

THE DEFENDANT
EQUITY OFFICE PROPERTIES TRUST

BY: ______________________
HOWARD K. LEVINE
For: Carmody & Torrance
P.O. Box 1950
195 Church Street
New Haven, CT 06509
(203) 777-5501
Federal Bar ID ct 10555


**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Eddi Z. Zyko
120 Fenn Road
Middlebury CT 06762
203-758-8119

Howard K. Levine

{W1274252}

18

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501