**CONTINUATION SHEET TO THE PLAINTIFF'S, ROSEMARY A. HUGHES,
ANSWERS TO THE DEFENDANT'S, EQUITY OFFICE PROPERTIES TRUST,
FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION
<u>DIRECTED TO THE PLAINTIFF</u>**

## <u>INTERROGATORIES</u>

1. a. Economic. The following is from Section IIC of my Settlement
Memorandum/ Initial Disclosures, dated and served July 5, 2003 on
the defendant, Equity Office Properties Trust:

Boston Medical Center (Exhibit D)
P.O. Box 845235
Boston MA 02284-5235
Subject of the information: EMT and ambulance
service after said fall.                          $  396.00

Massachusetts General Hospital (Exhibit E)
P.O.Box 9693
Boston, MA 02114-9693
Subject of the information: Hospital/ Medical
services after said fall.                          3,450.40

Malini Sharma, M.D.  (Exhibit F)
70 Hemingway Park Road
Watertown, Connecticut 06795
Subject of the information: Medical services
after said fall.                                    134.00

Physiotherapy Associates-Connecticut  (Exhibit G)
900 Straits turnpike
Middlebury, CT 06762                               1,717.00

Lisa A. Bellner, M.D.  (Exhibit H)
500 Chase Parkway
Waterbury, CT 06708                               1,311.00

Greater Waterbury Imaging Center  (Exhibit I)
64 Robbins Street
Waterbury, CT 06721                                 950.00

Carlson Therapy Network, P.C. dba REACT  (Exhibit J)
500 Chase Parkway
Waterbury, CT 06708                               1,270.00

Bunker Hill Pharmacy
256 Bunker Hill Avenue
Waterbury, CT 06708        TO BE PROVIDED

CURRENT TOTAL                                    $9,228.40

1

| | |
|---|---|
| Shock | $2,000,000.00 |
| Loss of sleep | Subsumed Above (SA) |
| Mental and emotional pain | SA |
| Anguish, anxiety, humiliation and fear | SA |
| Loss of enjoyment of life | SA |
| Aggravated sciatica | SA |
| Permanent scarring on forehead | SA |
| Confined to parents home for care for about a month and then my home for about another month | SA |

2.  The aforesaid health care providers, listed on my said
Settlement Memorandum/ Initial Disclosures, produced the records
attached thereto, relating to my said injuries or conditions as
described in my Amended Complaint dated December 19, 2002. The
other personnel listed on my said Settlement Memorandum/ Initial
Disclosures probably produced notes, recordings, memoranda,
documents or tangible items, relating to my said injuries or
conditions, of which I am presently unaware. As noted on my said
Settlement Memorandum/ Initial Disclosures and at Exhibit B
thereof, I produced 17 photographs of the injured me taken days
after my said injuries or conditions.

3. Except as stated in my answer to Interrogatory 2 above, not to
my knowledge.

4.    Ms. Suzanne Hopgood
      President and Chief Executive Officer
      Houlihan's Restaurant Group
      P.O. Box 16000
      Kansas City, Kansas 64112

      Subject of the information:

Houlihan's Restaurant Group's and her dealings with defendant and
its officers/ employees/ agents/ contractors/ consultants,
government officials, contractors, tradespersons, restaurant/
lounge industry organizations/ personnel, insurers/ claims
personnel and customers as well as safety, training, supervision,
personnel, advertising, document management, reporting, design,
maintenance, repair, legal, administrative, zoning and building
codes, maintenance codes, fire codes, building permits, monitoring
of various stages of construction and compliance with Zoning and
Building codes, leasing, building services, moving and delivery,

2

security, alterations and remodeling, forms, tenant manual, tenant regulations/ rules/ policies/ procedures, signs, lighting and insurance matters for defendant's said "Sixty State Street" property, generally, and Houlihan's Restaurant Group's eatery at defendant's said "Sixty State Street" property, particularly. Houlihan's Restaurant Group's financial situation and bankruptcy proceedings. Also, same as Ms. Barbara Redding noted in my response to Interrogatory 5 below.

> Ms. Frances M. King
> Director of Risk Management
> Houlihan's Restaurant Group
> Two Brush Creek Boulevard
> P.O. Box 16000
> Kansas City, Missouri 64112
>
> Subject of the information:

Houlihan's Restaurant Group's and her dealings with defendant and its officers/ employees/ agents/ contractors/ consultants, government officials, contractors, tradespersons, restaurant/ lounge industry organizations/ personnel, insurers/ claims personnel and customers as well as safety, training, supervision, personnel, advertising, document management, reporting, design, maintenance, repair, legal, administrative, zoning and building codes, maintenance codes, fire codes, building permits, monitoring of various stages of construction and compliance with Zoning and Building codes, leasing, building services, moving and delivery, security, alterations and remodeling, forms, tenant manual, tenant regulations/ rules/ policies/ procedures, signs, lighting and insurance matters for defendant's said "Sixty State Street" property, generally, and Houlihan's Restaurant Group's eatery at defendant's said "Sixty State Street" property, particularly. Houlihan's Restaurant Group's financial situation and bankruptcy proceedings. Also, same as Ms. Barbara Redding noted in my response to Interrogatory 5 below.

> Ms. Paula Norton
> Manager on Duty for Houlihan's Restaurant Group's eatery
>     at defendant's said "Sixty State Street" property
>     on December 9, 2000
> Current address unknown
>
> Subject of the information:

Houlihan's Restaurant Group's and her dealings with defendant and its officers/ employees/ agents/ contractors/ consultants, government officials, contractors, tradespersons, restaurant/ lounge industry organizations/ personnel, insurers/ claims personnel and customers as well as safety, training, supervision, personnel, advertising, document management, reporting, design, maintenance, repair, legal, administrative, zoning and building

3

codes, maintenance codes, fire codes, building permits, monitoring
of various stages of construction and compliance with Zoning and
Building codes, leasing, building services, moving and delivery,
security, alterations and remodeling, forms, tenant manual, tenant
regulations/ rules/ policies/ procedures, signs, lighting and
insurance matters for defendant's said "Sixty State Street"
property, generally, and Houlihan's Restaurant Group's eatery at
defendant's said "Sixty State Street" property, particularly.
Houlihan's Restaurant Group's financial situation and bankruptcy
proceedings. Also, same as Ms. Barbara Redding noted in my
response to Interrogatory 5 below.


      Mr. Stephen Turpin
      General Manager for Houlihan's Restaurant Group's eatery
          at defendant's said "Sixty State Street" property
          on December 9, 2000
      Current address unknown

      Subject of the information:

Houlihan's Restaurant Group's and his dealings with defendant and
its officers/ employees/ agents/ contractors/ consultants,
government officials, contractors, tradespersons, restaurant/
lounge industry organizations/ personnel, insurers/ claims
personnel and customers as well as safety, training, supervision,
personnel, advertising, document management, reporting, design,
maintenance, repair, legal, administrative, zoning and building
codes, maintenance codes, fire codes, building permits, monitoring
of various stages of construction and compliance with Zoning and
Building codes, leasing, building services, moving and delivery,
security, alterations and remodeling, forms, tenant manual, tenant
regulations/ rules/ policies/ procedures, signs, lighting and
insurance matters for defendant's said "Sixty State Street"
property, generally, and Houlihan's Restaurant Group's eatery at
defendant's said "Sixty State Street" property, particularly.
Houlihan's Restaurant Group's financial situation and bankruptcy
proceedings. Also, same as Ms. Barbara Redding noted in my
response to Interrogatory 5 below.


      Mr. Samuel Zell
      Chairman of Trustee's, President and Chief
          Executive Officer
      Equity Office Properties Trust
      Two North Riverside Plaza, Suite 2100
      Chicago, IL 60606
      Phone: (312) 466-3300
      Fax: (312) 454-0332
      Email: diane_morefield@equityoffice.com

      Subject of the information:

See: Paragraphs 2, 4-6, 8, 9 of Cause of Action I of plaintiff's

Action II of plaintiff's Amended Complaint; Paragraphs 2, 4-6, 8, 9, 11-13 of Cause of Action III of plaintiff's Amended Complaint. Defendant's and his dealings with Houlihan's Restaurant Group and its officers/ employees/ agents/ contractors/ consultants, government officials, contractors, tradespersons, restaurant/ lounge industry organizations/ personnel, insurers/ claims personnel and customers as well as safety, training, supervision, personnel, advertising, document management, reporting, design, maintenance, repair, legal, administrative, zoning and building codes, maintenance codes, fire codes, building permits, monitoring of various stages of construction and compliance with Zoning and Building codes, leasing, building services, moving and delivery, security, alterations and remodeling, forms, tenant manual, tenant regulations/ rules/ policies/ procedures, signs, lighting and insurance matters for defendant's said "Sixty State      Street" property, generally, and Houlihan's Restaurant Group's eatery at defendant's said      "Sixty State Street" property, particularly. Houlihan's Restaurant Group's financial situation and bankruptcy proceedings. Also, same as Ms. Barbara Redding noted in my response to Interrogatory 5 below.


Defendant's Officers Named on Defendant's Two Page "60 State Street Contacts" Attached as Exhibit A Hereto and Incorporated Here

Subject of the information:

See: Paragraphs 2, 4-6, 8, 9 of Cause of Action I of plaintiff's Amended Complaint; Paragraphs 2, 4-6, 8, 9, 10-12 of Cause of Action II of plaintiff's Amended Complaint; Paragraphs 2, 4-6, 8, 9, 11-13 of Cause of Action III of plaintiff's Amended Complaint. Defendant's and his/ her dealings with Houlihan's Restaurant Group and its officers/ employees/ agents/ contractors/ consultants, government officials, contractors, tradespersons, restaurant/ lounge industry organizations/ personnel, insurers/ claims personnel and customers as well as safety, training, supervision, personnel, advertising, document management, reporting, design, maintenance, repair, legal, administrative, zoning and building codes, maintenance codes, fire codes, building permits, monitoring of various stages of construction and compliance with Zoning and Building codes, leasing, building services, moving and delivery, security, alterations and remodeling, forms, tenant manual, tenant regulations/ rules/ policies/ procedures, signs, lighting and insurance matters for defendant's said "Sixty State      Street" property, generally, and Houlihan's Restaurant Group's eatery at defendant's said      "Sixty State Street" property, particularly. Houlihan's Restaurant Group's financial situation and bankruptcy proceedings. Also, same as Ms. Barbara Redding noted in my response to Interrogatory 5 below.

5

Boston Inspectional Services
City of Boston
Boston City Hall
Boston, Massachusetts 02201

Subject of the information:

See: Paragraphs 2, 4-6, 8, 9 of Cause of Action I of plaintiff's
Amended Complaint; Paragraphs 2, 4-6, 8, 9, 10-12 of Cause of
Action II of plaintiff's Amended Complaint; Paragraphs 2, 4-6, 8,
9, 11-13 of Cause of Action III of plaintiff's Amended Complaint.
Boston Inspectional Services dealings with defendant and its
officers/ employees/ agents/ contractors/ consultants as well as
Houlihan's Restaurant Group and its officers/ employees/ agents/
contractors/ consultants, other government officials, contractors,
tradespersons, restaurant/ lounge industry organizations/
personnel, insurers/ claims personnel and customers as well as
safety, training, supervision, personnel, advertising, document
management, reporting, design, maintenance, repair, legal,
administrative, zoning and building codes, maintenance codes, fire
codes, building permits, monitoring of various stages of
construction and compliance with Zoning and Building codes,
leasing, building services, moving and delivery, s e c u r i t y,
alterations and remodeling, forms, tenant manual, tenant
regulations/ rules/ policies/ procedures, signs, lighting and
insurance matters for defendant's said "Sixty State     S t r e e t"
property, generally, and Houlihan's Restaurant Group's eatery at
defendant's said    "Sixty State Street" property, particularly.
Also, same as Ms. Barbara Redding noted in my response to
Interrogatory 5 below.


    Also those health care providers noted in my answer to
Interrogatory 1 above, with their, respective, said records.

    Subject of the information:

Respectively, their diagnosis and care provided plaintiff and its
manifestation of the damages she suffered as alleged in
plaintiff's Amended Complaint.


    David C. Cowen, A.I.A
    Robson Lapina, Forensic Engineers, Architects, Scientists
        & Fire Investigators
    67 South Bedford Street, Suite 400W
    Burlington, MA  01803

5.    In addition to those noted in my answer to Interrogatories 1 and 4 above, the following:

Ms. Barbara Redding
60 Fifth Street
Ansonia, CT 06401
Home phone # 203-732-2081

    Subject of the information: Witness to my damages as alleged in my Amended Complaint and the following:

On December 9, 2000, plaintiff, a 55 (now 59) years old women, and three of her friends were attracted as tourists to Faneuil Hall and Quincy Market in Boston's Financial District or CBD. At about 12:30 P.M., looking to have some of said Houlihan's Restaurant famous potato soup among other items on its menu, plaintiff and her friends walked to said "Sixty State Street" and presented themselves at said Houlihan's for lunch. After entering through the double doors, they were greeted by a hostess. Plaintiff's friend, Barbara Redding, asked that the group be seated in the "smoking" section. The hostess informed them that they would have to sit in the bar area. The hostess pointed towards the stairs leading down to the bar area and said nothing else to the group. Barbara Redding went down the stairs first. As plaintiff was wearing gloves, she removed her right glove as she approached the stairway. This was so that plaintiff could get a better grasp on the stair railing. The stair way was dimly lit and, therefore, very dark and the railing was very wobbly, which plaintiff was not aware of until she attempted to use it. Plaintiff's other friends, Alice Smolenski and Joan Seastrand, were walking behind her as they walked toward the stairs. Plaintiff stood with both feet on the top stair/ landing/ platform. There were seven or possibly eight stairs and the top stair was actually part of the landing/ platform and looked like a stair at that point. The stairs were quite deep from the front of each to the back thereof. Plaintiff took hold of the railing and placed her right foot on the second stair, which was actually the first step down from the landing/ platform, and then, as she began to bring her left foot down to it, -- plaintiff always walks up or down stairs one step at a time -- she began to fly forward and downward. Plaintiff tried to stop herself by grasping the railing as tightly as she could, but to no avail; it wobbled. Plaintiff flew quickly all the way to the bottom of the flight of stairs, striking her head on what she later learned was the back of the seat part of a high stool/ chair. Said stool/ bar chair was placed too close to the stairway. As plaintiff rolled over on the floor, the manager on duty (a female) came to her aid. She told plaintiff that she was bleeding and should not try to get up. The manager applied pressure to the bleeding cut on plaintiff's head using a cloth napkin. An ambulance was summoned and the manager told the attendants therewith to take plaintiff to Massachusetts General Hospital for treatment, which was done.

Ms. Joan Seastrand
29 Beacon Manor Circle
Naugatuck, CT 06770
Home phone # 203-729-9787

Subject of the information: Same as Ms. Barbara Redding.


Ms. Alice Smolenski
288 Millville Avenue
Naugatuck, CT 06770
Home phone # 203-729-6529

Subject of the information: Same as Ms. Barbara Redding.


Herbert and Heather Hughes
74 Taft Pointe
Waterbury, CT 06708
Home phone # 203-754-4582

Subject of the information: My damages as alleged in my
Amended Complaint.


Arden and Mary Jordan
72 Beardsley Avenue
Naugatuck, CT 06770
Home phone # 203-729-5647

Subject of the information: My damages as alleged in my
Amended Complaint.


Gary Hughes
25 Adelaide Avenue
Waterbury, CT 06708
Home phone # 203-596-8559

Subject of the information: My damages as alleged in my
Amended Complaint.


Plaintiff, Rosemary A. Hughes, currently residing at:
473 Spring Street, Apartment B
Naugatuck, Connecticut 06770

Subject of the information: Same as Ms. Barbara Redding. My
damages as alleged in my Amended Complaint.

8

6. Same as stated in my answer to Interrogatory 5 above.

7.    a. Lease.

      b. November 7, 1977.

      c. See the attached signature page thereof.

      d. The terms of said lease read in the light of the
circumstances attending its making, including the motives and
purposes of the parties, which, since it is the defendant's,
Equity Office Properties Trust, and was provided by its counsel of
record to the plaintiff, is not attached hereto.


8. Documents from the defendant's, Equity Office Properties Trust,
Website, including its "60 State Street Tenant Manual",
Procedures>> Alterations & Remodeling noted in Paragraph 6 of the
plaintiff's Amended Complaint dated December 19, 2002, which,
since it controls its Website, are not attached hereto. Also, see
said lease noted in my answer to Interrogatory 7 above, which,
since it is the defendant's, Equity Office Properties Trust, and
was provided by its counsel of record to the plaintiff, is not
attached hereto.


9. See my answer to Interrogatory 8 above.


10. I was a business invitee of the defendants, Equity Office
Properties Trust, and the Third Party Defendant, Houlihan's
Restaurant, Inc, respectively. Also, see my answer to
Interrogatory 8 above.


11. See my answer to Interrogatory 8 above.


12. To be provided.


13. I was a business invitee of the defendants, Equity Office
Properties Trust, and the Third Party Defendant, Houlihan's
Restaurant, Inc. Also, see my answer to Interrogatory 8 above.

14. Not applicable.

9

1. In my Settlement Memorandum/ Initial Disclosures dated and served July 5, 2003 on the defendant, Equity Office Properties Trust, I provided all the relevant documents available to me. Specifically, concerning the:

    a. Contract, see said lease noted in my answer to Interrogatory 7 above.

    b. Defendant's, Equity Office Properties Trust, "60 State Street Tenant Manual", Procedures>> Alterations & Remodeling noted in Paragraph 6 of the plaintiff's Amended Complaint dated December 19, 2002, was on its Website and is not attached hereto.

    c. To be provided.

stated therein is true and accurate to the best of my knowledge and belief.


_Rosemary A. Hughes_
ROSEMARY A. HUGHES


Subscribed and sworn under the pains and penalties of perjury before me this 26th day of June, 2004.


_Eddi Z. Zyko_
EDDI Z. ZYKO, ESQUIRE
COMMISSIONER OF THE SUPERIOR COURT


## CERTIFICATION OF SERVICE


I hereby certify that on June 26, 2004 a copy of the foregoing was mailed first class, postage prepaid in accordance with the Practice Book to the counsel for the defendants, Lucy M. Romeo, Esquire, Carmody & Torrance LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509-1950 and the counsel for the third party defendants, Bai, Pollock, Blueweiss & Mulchahy, PC, 10 Middle Street, Bridgeport, Connecticut 06604.


_Eddi Z. Zyko_
EDDI Z. ZYKO, ESQUIRE

11