UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| v. : | 3:02CV2177 (RNC) |
| : | |
| EQUITY OFFICE PROPERTIES TRUST, : | |
| : | JULY 28, 2004 |
| Defendant. : | |

## AFFIDAVIT IN SUPPORT OF MOTION TO PRECLUDE

Kimberly J. Tibbetts, being duly sworn, deposes and says:

1. I am over the age of 18 and I believe in the obligation of an oath;

2. I am an associate of the law firm of Carmody & Torrance and counsel for the defendant, Equity Office Properties Trust, in the above-captioned matter.

3. I make this affidavit in support of plaintiff's Motion to Preclude Testimony of Expert Witness of July 28, 2004;

4. I conferred with opposing counsel, Eddi Zyko, on July 19, 2004, and discussed the discovery issues between the parties in detail and in a good faith effort to eliminate the areas of controversy and to arrive at a mutually satisfactory resolution without the intervention of the Court.

5. Specifically, during our telephone conversation, I informed him that he did not disclose experts and provide expert reports as required per the

               scheduling order issued by the Court in this matter and the Federal Rules of Civil Procedure.

6.    Attorney Zyko responded that it was possible he would not require experts in this matter, but did not commit to that position.

7.    The defendant is unable to ascertain whether it will need to retain expert witnesses on its behalf due to the <u>plaintiff's</u> indecision.

8.    To date, the defendant has not retained experts on its own behalf in reliance on the plaintiff's non-disclosure.

9.    Attorney Zyko has not filed any request for an extension of time to disclose any expert witnesses.

_____
Kimberly J. Tibbetts

Subscribed and sworn to before me,
On this 28th day of July, 2004.

_____
Karen A. Sposi
~~Commissioner of the Superior Court~~
Notary Public
My Commission Expires: Jan. 31, 2007

{N0720385}            2

CARMODY & TORRANCE LLP     195 Church Street
Attorneys at Law                     Post Office Box 1950
                                   New Haven, CT 06509-1950
                                   Telephone: 203 777-5501