02cv2177objandvad

31+32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
.......................................
ROSEMARY A. HUGHES              :   CIVIL ACTION:     FILED
                                :   3:02-cv-2177 (RNC)
     Plaintiff,                 :                  2004 AUG 12 A 11:18
                                :
V.                              :   August 11, 2004
                                :                   U.S. DISTRICT COURT
                                :                    HARTFORD, CT.
EQUITY OFFICE PROPERTIES TRUST  :
                                :   JURY TRIAL REQUESTED
     Defendant.                 :
.......................................
```

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO
PRECLUDE TESTIMONY OF EXPERT WITNESSES AND
PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER**

## I. INTRODUCTION

The plaintiff hereby replies to the defendant's-third party plaintiff's, Equity Office Properties Trust (EOP), Motion to Preclude Testimony of Expert Witnesses dated July 29, 2004 (hereafter Motion) and, hereby, moves for permission to extend Scheduling Order.

## II. PERTINENT BACKGROUND

September 28, 2004.  <u>Hughes v. Equity Office Properties Trust</u>
                     3:02cv02177 (RNC)

Re: Plaintiff's Motion to Extend Scheduling Order (Doc. #32)

Denied. This court's Ruling on Pending Motions and Scheduling Order (Doc. #33) extended plaintiff's deadline for disclosure of expert witnesses to November 1, 2004, and plaintiff's deadline for deposing said witnesses to December 1, 2004. The present motion requesting extensions to September 15, 2004, and October 1, 2004, therefore, is moot. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 SEP 29 A 8: U.S. DISTRICT COURT HARTFORD, CT.