UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
ROSEMARY A. HUGHES,              :
                                 :
            Plaintiff,           :     CIVIL ACTION NO.
v.                               :     3:02CV2177 (RNC)
                                 :
EQUITY OFFICE PROPERTIES TRUST,  :
                                 :     OCTOBER 4, 2004
            Defendant.           :
_____:

## OBJECTION TO PLAINTIFF'S REQUEST TO ENTER

The Defendant Equity Office Properties Trust hereby objects to the Plaintiff Rosemary Hughes's request to enter the defendant's facilities at 60 State Street for the "inspection, measuring, testing, photographing and video taping of the area where plaintiff alleges in her complaint that she slipped/tripped and fell," on the grounds that the area where the plaintiff alleges she tripped and fell is no longer there. In the plaintiff's complaint, she alleges that she tripped on a stair at the Houlihan's Restaurant at 60 State Street. The Defendant Equity Office Properties Trust is the owner of the space that was leased to Houlihan's Restaurant. Houlihan's Restaurant has since vacated the premises and the space has been leased to another tenant. In connection with the new tenant's occupancy, that tenant completely and entirely

renovated the space. All of the interior fixtures of the Houlihan's Restaurant (including the stairs) have been removed. Therefore, because the area where the plaintiff alleges she tripped and fell no longer exists, and it would be unduly burdensome to require the new tenant to interrupt its business for the inspection, the plaintiff's request to enter the defendant's facilities at 60 State Street for the "inspection, measuring, testing, photographing and video taping of the area where plaintiff alleges in her complaint that she slipped/tripped and fell" should be denied.

        THE DEFENDANT,
        EQUITY OFFICE PROPERTIES TRUST

BY: /s/Kimberly J. Tibbetts
      Kimberly J. Tibbetts
      Federal Bar No. ct25293
FOR: Carmody & Torrance LLP
      195 Church Street; P.O. Box 1950
      New Haven, CT 06509-1950
      Its Attorneys

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent by regular mail, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Michael S. Lynch, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

/s/ Kimberly J. Tibbetts
Kimberly J. Tibbetts

{W1319892}                    3