UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, | 2004 OCT 15 P 4: 58 |
| Plaintiff, | U.S. DISTRICT COURT |
| | HARTFORD, CT. |
| V. | CASE NO. 3:02cv02177 (RNC) |
| EQUITY OFFICE PROPERTIES TRUST, | |
| Defendant. | |

ORDER AND RULING

In her motion seeking an extension of the Scheduling Order (Doc. # 31-32), which this court denied through an endorsement order (Doc. # 34), plaintiff also requested an order permitting entry of defendant's premises. This court interprets plaintiff's request as a motion for an order compelling inspection pursuant to Fed. R. Civ. P. 37(a)(2)(B). Treating it as such, the motion cannot be granted because plaintiff has failed to provide a certificate stating that she has in good faith conferred or attempted to confer with defendant regarding her request for entry and inspection of the defendant's premises. Accordingly, her motion is denied without prejudice, subject to refiling in compliance with Rule 37(a)(2)(B).

So ordered.

1

Dated at Hartford, Connecticut this 15th day of October 2004.

                                            Robert N. Chatigny
                                      United States District Judge