UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..............................................
ROSEMARY A. HUGHES             :    CIVIL ACTION:
                               :    3:02-cv-2177 (GLG)
    Plaintiff,                 :
                               :
V.                             :    March 22, 2004
                               :
                               :
EQUITY OFFICE PROPERTIES TRUST :
                               :    JURY TRIAL REQUESTED
    Defendant.                 :
..............................................

**PLAINTIFF'S REQUEST TO ENTER DEFAULT FOR THE
THIRD PARTY DEFENDANTS' FAILURE TO PLEAD**

To the Clerk of the United States District Court for the District of Connecticut:

You will please enter the default of the Third Party Defendants, Houlihan's Restaurant, Inc. and Lumberman's Mutual Casualty Insurance Company, Kemper Insurance, for their not having answered or otherwise moved as to the Complaint, or the Third Party Complaint, as appears from the affidavit hereto attached.

BY _____
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT. JURIS NO: 71655
FEDERAL BAR NO: CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

**CERTIFICATION OF SERVICE**

I hereby certify that on March 22, 2004 a copy of the foregoing was mailed first class, postage prepaid in accordance with the Practice Book to the counsel for the defendant, Carmody & Torrance LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509-1950 and the counsel for the third party defendants, Bai, Pollock, Blueweiss & Mulchahy, PC, 10 Middle Street, Bridgeport, Connecticut 06604.

_____
EDDI Z. ZYKO, ESQUIRE

---

October 11, 2004.   Hughes v. Equity Office Properties Trust v. Houlihan's
                    Restaurant, Inc.
                    3:02cv2177 (RNC)

Re: Plaintiff's Request to Enter Default for the Third Party Defendants' Failure to Plead. (doc. #23)

Denied. Plaintiff lacks standing to request an entry of default against third party defendants pursuant to Fed. R. Civ. P. 55(a) because plaintiff has not pleaded over against the third party defendants. So ordered.

Robert N. Chatigny, U.S.D.J.