UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES,<br><br>                Plaintiff,<br>v.<br><br>EQUITY OFFICE PROPERTIES TRUST,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:02CV2177 (RNC)<br><br>NOVEMBER 4, 2004 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Rule Civ. Proc. 41(a)(1) and 41(c), the defendant, Equity Office Properties Trust, hereby gives notice that it is this date dismissing without prejudice its cross-claim against Houlihan's Restaurants, Inc. and Lumberman's Mutual Casualty Insurance in the above-captioned action. In support hereof, the defendant represents that the cross-claim defendants have appeared in this action through counsel, but, as of the date of this Notice, no defendant has filed an answer or motion for summary judgment.

{N0723948}

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

```
                            THE DEFENDANT,
                            EQUITY OFFICE PROPERTIES TRUST

                    BY:     /s/ Kimberly J. Tibbetts
                            Kimberly J. Tibbetts
                            Federal Bar No. ct25293
                    FOR:    Carmody & Torrance LLP
                            195 Church Street; P.O. Box 1950
                            New Haven, CT 06509-1950
                            Its Attorneys
                            Tele: (203) 777-5501
                            Fax:  (203) 784-3199
                            ktibbetts@carmodylaw.com
```

{N0723948}

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by regular mail, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Michael S. Lynch, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Kimberly J. Tibbetts

{N0723948}