

FILED

2004 NOV -5  A 11: 19

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:02CV2177 (RNC) |
| EQUITY OFFICE PROPERTIES TRUST, | : |
| | : NOVEMBER 4, 2004 |
| Defendant. | : |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Rule Civ. Proc. 41(a)(1) and 41(c), the defendant, Equity Office Properties Trust, hereby gives notice that it is this date dismissing without prejudice its cross-claim against Houlihan's Restaurants, Inc. and Lumberman's Mutual Casualty Insurance in the above-captioned action. In support hereof, the defendant represents that the cross-claim defendants have appeared in this action through counsel, but, as of the date of this Notice, no defendant has filed an answer or motion for summary judgment.

---

November 9, 2004.  Hughes v. Equity Office Properties Trust, et al.
                   3:02cv02177 (RNC)

Re: Notice of Dismissal Without Prejudice (Doc. # 38)

Approved. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED  2004 NOV 10 P  U.S. DISTRICT COURT HARTFORD, CT.