UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMARY A. HUGHES | : | |
| | : | Case No.:  3:02-CV-2177 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EQUITY OFFICE PROPERTIES TRUST | : | NOVEMBER 11, 2004 |
| | : | |
| Defendant | : | |

**APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant:

**EQUITY OFFICE PROPERTIES TRUST**

Dated at Hartford, Connecticut this 11th day of November, 2004.

    THE DEFENDANT
    EQUITY OFFICE PROPERTIES TRUST


    BY____/s/ Darren E. Sinofsky_____
        Darren E. Sinofsky, Esq.
        Fed. Bar. No. CT 21118
        Morrison Mahoney LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06103
        Telephone: (860) 616-4441
        Fax: (860) 244-3800

1

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the following counsel and pro se parties of record on this 11<u>th</u> day of November, 2004:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Bai, Pollock, Blueweiss & Mulcahy, PC
10 Middle Street
Bridgeport, CT 06604

Kimberly J. Tibbetts, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

                                          /s/ Darren E. Sinofsky
                                          Darren E. Sinofsky, Esq.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459