UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ROSEMARY A. HUGHES                  :
                                    :    Case No.: 3:02-CV-2177 (RNC)
    Plaintiff,                       :
                                    :
v.                                  :
                                    :
EQUITY OFFICE PROPERTIES            :    NOVEMBER 11, 2004
TRUST                               :
                                    :
    Defendant

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant:

**EQUITY OFFICE PROPERTIES TRUST**

Dated at Hartford, Connecticut this <u>11th</u> day of November, 2004.

        THE DEFENDANT
        EQUITY OFFICE PROPERTIES TRUST


        BY____/s/ Joel M. Fain_____
           Joel M. Fain, Esq.
           Fed. Bar. No. CT 05425
           Morrison Mahoney LLP
           One Constitution Plaza, 10th Floor
           Hartford, CT 06103
           Telephone: (860) 616-4441
           Fax: (860) 244-3800

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the following counsel and pro se parties of record on this 11th day of November, 2004:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Bai, Pollock, Blueweiss & Mulcahy, PC
10 Middle Street
Bridgeport, CT 06604

Kimberly J. Tibbetts, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

                                                       /s/ Joel M. Fain
                                                    Joel M. Fain, Esq.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

U.S. District Court
Office Of The Clerk
450 Main Street
Hartford, Ct 06103

3

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459