UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMARY A. HUGHES, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:02CV2177 (RNC) |
| | : | |
| EQUITY OFFICE PROPERTIES TRUST, | : | |
| | : | NOVEMBER 15, 2004 |
| Defendant. | : | |
| | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the following party in this action: **EQUITY OFFICE PROPERTIES TRUST.**

Attorneys Joel M. Fain and Darren E. Sinofsky of the law firm of Morrison Mahoney LLP have now entered their appearance in this case on behalf of the defendant.

{N0724026}

          THE DEFENDANT,
EQUITY OFFICE PROPERTIES TRUST

BY: _____
      Kimberly J. Tibbetts
      Federal Bar No. ct25293

FOR: Carmody & Torrance LLP
      195 Church Street; P.O. Box 1950
      New Haven, CT 06509-1950
      Its Attorneys
      Tele: (203) 777-5501
      Fax: (203) 784-3164
      ktibbetts@carmodylaw.com

{N0724026}          2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by regular mail, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Michael S. Lynch, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

Joel M. Fain, Esq.
Darren E. Sinofsky, Esq.
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Kimberly J. Tibbetts

{N0724026}    3

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501