UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 3:02CV2177 (RNC) |
| EQUITY OFFICE PROPERTIES TRUST, | |
| | NOVEMBER 15, 2004 |
| Defendant. | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw his appearance as counsel for the following party in this action: **EQUITY OFFICE PROPERTIES TRUST.**

Attorneys Joel M. Fain and Darren E. Sinofsky of the law firm of Morrison Mahoney LLP have now entered their appearance in this case on behalf of the defendant.

{N0724366}

```
                            THE DEFENDANT,
                            EQUITY OFFICE PROPERTIES TRUST

                    BY:     /s/ Howard K. Levine
                            Howard K. Levine
                            Federal Bar No. ct10555
                    FOR:    Carmody & Torrance LLP
                            195 Church Street; P.O. Box 1950
                            New Haven, CT 06509-1950
                            Its Attorneys
                            Tele:  (203) 777-5501
                            Fax:   (203) 784-3164
                            hlevine@carmodylaw.com
```

{N0724366}                              2

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent by regular mail, postage prepaid, on the above date, to:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

Michael S. Lynch, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

Joel M. Fain, Esq.
Darren E. Sinofsky, Esq.
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Howard K. Levine

{N0724366}                                3