

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES,<br><br>                            Plaintiff,<br>v.<br><br>EQUITY OFFICE PROPERTIES TRUST,<br><br>                          Defendant. | CIVIL ACTION NO.<br>3:02CV2177(RNC)<br><br>NOVEMBER 15, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the following party in this action: **EQUITY OFFICE PROPERTIES TRUST.**

Attorneys Joel M. Fain and Darren E. Sinofsky of the law firm of Morrison Mahoney LLP have now entered their appearance in this case on behalf of the defendant.

November 17, 2004. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

2004 NOV 18 A 9:56
U.S. DISTRICT COURT
HARTFORD, CT.

{N0724026}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                          Post Office Box 1950
                                         New Haven, CT 06509-1950
                                         Telephone: 203 777-5501