

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES,<br><br>                     Plaintiff,<br>v.<br><br>EQUITY OFFICE PROPERTIES TRUST,<br><br>                     Defendant. | CIVIL ACTION NO.<br>3:02CV2177 (RNC)<br><br>NOVEMBER 15, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw his appearance as counsel for the following party in this action: **EQUITY OFFICE PROPERTIES TRUST.**

Attorneys Joel M. Fain and Darren E. Sinofsky of the law firm of Morrison Mahoney LLP have now entered their appearance in this case on behalf of the defendant.

{N0724366}

November 17, 2004.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

CARMODY & TORRANCE LLP  195 Church Street
Attorneys at Law                  Post Office Box 1950
                                              New Haven, CT 06509-1950
                                              Telephone: 203 777-5501