UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ROSEMARY A. HUGHES     :  Case No.:  3:02CV-02177 (RNC)
              :
  Plaintiff

v.              :

EQUITY OFFICE PROPERTIES TRUST :  FEBRUARY 28, 2005
    Defendant

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendant, Equity Office Properties Trust, hereby moves for summary judgment as to all Counts of the Plaintiff's Complaint because this action is time barred by the statute of limitations.  Moreover, the plain language of the lease agreement eliminates, as a matter of law, any question that the Defendant was not in control of the premises, and therefore owed no duty to the Plaintiff, and that the Plaintiff was not a third party beneficiary to the agreement.

A memorandum of law in support of this motion is attached hereto.

                     THE DEFENDANT,
                     EQUITY OFFICE PROPERTIES TRUST

                     BY:  /s/ Darren E. Sinofsky
                        Darren E. Sinofsky, Esquire
                        Federal Bar No.:  ct 21118
                        Morrison Mahoney LLP
                        One Constitution Plaza, 10th floor
                        Hartford, CT 06103
                        Telephone: (860) 616-4441
                        Fax: (860) 244-3800

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via U.S. mail, to the following parties of record postage prepaid this 28th day of February, 2005 as follows:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

                                                  /s/ Darren E. Sinofsky
                                                    Darren E. Sinofsky

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459