UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ROSEMARY A. HUGHES           :      Case No.: 3:02CV-02177 (RNC)
                             :
         Plaintiff

     v.                      :

EQUITY OFFICE PROPERTIES TRUST  :   FEBRUARY 28, 2005
         Defendant

## DEFENDANT'S NOTICE OF MANUAL FILING

Please take notice that the defendant, Equity Office Properties Trust, has manually filed Exhibits A through B of the defendant's Memorandum of Law in support of Motion for Summary Judgment. A copy of said exhibits are attached hereto.

These documents have not been filed electronically because either these documents cannot be converted to an electronic format and/or for the documents that can be converted, the electronic file size of the documents exceed 1.5 megabytes.

                              THE DEFENDANT,
                              EQUITY OFFICE PROPERTIES TRUST


                              BY: /s/ Darren E. Sinofsky
                                  Darren E. Sinofsky, Esquire
                                  Federal Bar No.: ct 21118
                                  Morrison Mahoney LLP
                                  One Constitution Plaza, 10th floor
                                  Hartford, CT 06103
                                  Telephone: (860) 616-4441
                                  Fax: (860) 244-3800

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via U.S. mail, to the following parties of record postage prepaid this 28th day of February, 2005 as follows:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

                                              /s/ Darren E. Sinofsky
                                                Darren E. Sinofsky

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459