UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ROSEMARY A. HUGHES              :      Case No.: 3:02CV-02177 (RNC)
:
      Plaintiff

   v.                                      :

EQUITY OFFICE PROPERTIES TRUST  :      FEBRUARY 28, 2005
      Defendant

## DEFENDANTS' LOCAL RULE 56(a)(1) STATEMENT

Pursuant to D. Conn. L. Civ. P. Rule 56(a)(1), the Defendant, Equity Office Properties Trust, hereby sets forth a concise statement of each material fact as to which they contend there is no genuine issue to be tried in this case. This statement is submitted in support of their Motion for Summary Judgment dated February 25, 2005.

1.    The date of loss is December 9, 2000. (Amended Complaint at ¶ 7)

2.    Plaintiff's original complaint was filed with the court on December 10, 2002. (See Plaintiff's Motion to Proceed In Forma Pauperis attached hereto as Exhibit A)

3.    The Defendant was served with the complaint on January 1, 2003. (See return of service attached hereto as Exhibit B)

4.    Article 4.1.5 of the lease agreement between Equity Office Properties Trust ("EOP") and Houlihan's dated November 7, 1977 ("Lease Agreement") provides that "Tenant on paying the rent and performing the obligations in this lease shall peacefully and quietly have, hold and enjoy the premises." (See Affidavit of Maria Quinn with Lease Agreement attached hereto as Exhibit C)

5.    The Lease Agreement does not obligate EOP to make any repairs to the premises. The only maintenance service provided by EOP includes "maintenance of the HVAC system." (See Lease Agreement Exhibit C)

1

6.	Exhibits C and D of The Lease Agreement provide that the <u>tenant</u>, was responsible for all lighting and bulb replacement, floor covering, identifying signs, architectural and engineering design of the space and any other item not specifically listed as a responsibility of EOP.  (See Lease Agreement, attached as Exhibit C)

7.	Pursuant to Article 5.2 of the Lease Agreement, the tenant covenants to "keep the premises in good order, repair and condition." (See lease agreement attached as Exhibit C)

8.	The Defendant is not obligated to maintain the premises in a safe condition on its own responsibility and without notice to the tenant.

9.	Pursuant to Article 4.1.3 of the Lease Agreement the Defendant only covenanted to "make repairs to the roof/exterior walls, floor slabs, and common areas and facilities as may be necessary to keep them in serviceable condition."  (See Lease Agreement attached as Exhibit C)

<div style="margin-left: 50%;">

THE DEFENDANT,
EQUITY OFFICE PROPERTIES TRUST


BY:  /s/ Darren E. Sinofsky
    Darren E. Sinofsky, Esquire
    Federal Bar No.:  ct 21118
    Morrison Mahoney LLP
    One Constitution Plaza, 10th floor
    Hartford, CT 06103
    Telephone: (860) 616-4441
    Fax: (860) 244-3800

</div>

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed via U.S. mail, to the following parties of record postage prepaid this 28th day of February, 2005 as follows:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

                                    /s/ Darren E. Sinofsky
                                    Darren E. Sinofsky

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459