UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ROSEMARY A. HUGHES            :        Case No.: 3:02CV-02177 (RNC)
                              :
      Plaintiff

v.                            :

EQUITY OFFICE PROPERTIES TRUST  :      FEBRUARY 28, 2005
      Defendant

## DEFENDANT'S NOTICE OF MANUAL FILING

Please take notice that the defendant, Equity Office Properties Trust, has manually filed Exhibits A through C of the defendant's Local Rule 56(a)(1) Statement. A copy of said exhibits are attached hereto.

These documents have not been filed electronically because either these documents cannot be converted to an electronic format and/or for the documents that can be converted, the electronic file size of the documents exceed 1.5 megabytes.

                THE DEFENDANT,
                EQUITY OFFICE PROPERTIES TRUST


                BY:  /s/ Darren E. Sinofsky
                    Darren E. Sinofsky, Esquire
                    Federal Bar No.: ct 21118
                    Morrison Mahoney LLP
                    One Constitution Plaza, 10th floor
                    Hartford, CT 06103
                    Telephone: (860) 616-4441
                    Fax: (860) 244-3800

**CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed via U.S. mail, to the following parties of record postage prepaid this 28th day of February, 2005 as follows:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

               /s/ Darren E. Sinofsky
                Darren E. Sinofsky

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459