UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| ROSEMARY A. HUGHES | : | CIVIL ACTION: |
| --- | --- | --- |
| Plaintiff, | : | 3:02-cv-2177 (RNC) |
| | : | |
| V. | : | March 4, 2005 |
| | : | |
| EQUITY OFFICE PROPERTIES TRUST | : | |
| | : | JURY TRIAL REQUESTED |
| Defendant. | : | |

**PLAINTIFFS' MOTION TO ENLARGE THE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff hereby moves the Court to enlarge the time thru May 1, 2005 for her to respond to the defendant's Motion for Summary Judgment dated February 28 2005.

On March 2, 2005, the undersigned phoned Attorney Darren E. Sinofsky, assigned defendants' counsel, to ascertain the defendant's position on this motion. He was not available and the undersigned left him a detailed voice mail thereupon with the request that he return the undersigned's phone call, which, as of this writing, he has not done.

This motion is necessitated, because, in addition to many other matters ongoing in his active solo trial practice, the undersigned must file in the next month:

1. A brief for the Appellate Court of Connecticut;

2. In *AI Consulting LLC, et al v. Cellco Partnership d/b/a Verizon Wireless and Verizon Trademark Services LLC, et al*, Civil Action No. 304CV1841 (RNC), which is pending in this court, the plaintiffs must file their opposition to the following five defendants' Motions:

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY NOT REQUIRED

1

1. Cellco's Motion to Dismiss dated February 17, 2005;
2. @Wireless's and Jerabeck's
    a. Motion to Dismiss dated February 17, 2005;
    b. Motion to Dismiss dated February 17, 2005;
3. 5LINX'S Motion to Dismiss dated February 17, 2005.

THE PLAINTIFF,

BY *Eddi Z. Zyko*
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT JURIS NO. 71655
FEDERAL BAR NO. CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

### ORDER

The foregoing Motion, having been heard/ reviewed, it is Ordered that the plaintiff shall respond to the defendant's Motion for Summary Judgment dated February 28, 2005 on or before May 1, 2005.

Done at Hartford, Connecticut on

---
ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

### CERTIFICATION OF SERVICE

I hereby certify that on March 4, 2005 a copy of the foregoing was mailed first class, postage prepaid to the counsel for the defendants: Morrison, Mahoney & Miller, One Constitution Plaza, 10th Floor, Hartford, CT 06103 and via facsimile to Gerson Reporting Services.

*Eddi Z. Zyko*
EDDI Z. ZYKO, ESQUIRE

2