UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 15 A 10: 36
US DISTRICT COURT
HARTFORD CT

ROSEMARY A. HUGHES

  Plaintiff,

V.

EQUITY OFFICE PROPERTIES TRUST

  Defendant.

CIVIL ACTION:
3:02-cv-2177 (RNC)

April 14, 2005

JURY TRIAL REQUESTED

**PLAINTIFFS' MOTION TO FURTHER ENLARGE THE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff hereby moves the Court to further enlarge the time thru June 1, 2005 for her to respond to the defendant's Motion for Summary Judgment dated February 28 2005. Attorney Darren E. Sinofsky, assigned defendant's counsel, concurs in court granting this motion.

This motion is necessitated, because:

1. On September 3, 2004, the plaintiff served on the defendant a:

  a. Notice of a FRCP 30(b)(6) deposition of the defendant, a copy of which is Exhibit a hereto.

  b. Request to Enter the premises where plaintiff's injuries occurred, 60 State Street, Boston, Massachusetts 02109 aka "Sixty State Street".

  c. Requests for Production.

2. The defendant objected to said Request to Enter and Requests for Production, which the Court sustained.

3. The defendant did not object to said FRCP 30(b)(6) deposition

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY NOT REQUIRED

1