# EXHIBIT A

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| 250 SUMMER STREET<br>BOSTON, MASSACHUSETTS 02210-1181<br>617-439-7500<br>FACSIMILE 617-439-7590 | ONE CONSTITUTION PLAZA, 10th FLOOR<br>HARTFORD, CONNECTICUT 06103-1810<br>860-616-4441<br>FACSIMILE: 860-244-3800 | MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER<br>RHODE ISLAND<br>PROVIDENCE | CONNECTICUT<br>HARTFORD<br>NEW YORK<br>NEW YORK<br>ENGLAND<br>LONDON |

Darren E. Sinofsky
Fax: 541-4870
dsinofsky@morrisonmahoney.com

December 23, 2004

**VIA FACSIMILE ONLY**
Eddi Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762-2515

Re:   Hughes v. Equity Office Properties Trust

Dear Attorney Zyko:

In follow-up to our telephone call, I do not appear to have any prior Rule 30(b)(6) deposition notice of the defendant in my file. Would you kindly fax me a copy of the notice so I may appropriately respond to your requested areas of inquiry.

Thank you for your cooperation in this matter.

Very truly yours,

Darren E. Sinofsky

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

| 250 SUMMER STREET<br>BOSTON, MASSACHUSETTS 02210-1181<br>617-439-7500<br>FACSIMILE 617-439-7590 | ONE CONSTITUTION PLAZA, 10th FLOOR<br>HARTFORD, CONNECTICUT 06103-1810<br>860-616-4441<br>FACSIMILE: 860-244-3800 | MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER | CONNECTICUT<br>HARTFORD<br>NEW YORK<br>NEW YORK |
|---|---|---|---|
| Darren E. Sinofsky<br>Fax: 541-4870<br>dsinofsky@morrisonmahoney.com | | RHODE ISLAND<br>PROVIDENCE | ENGLAND<br>LONDON |

March 7, 2005

**VIA FACSIMILE ONLY: (203) 598-7994**

Eddi Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762-2515

Re:   **Hughes v. Equity Office Properties Trust**
      **MM File No.: 10016445**

Dear Attorney Zyko:

In response to your recent voicemail, I am agreeable to a 30 day extension for you to respond to our motion for summary judgment.

As to the deposition of our representative, Maria Quinn, as I previously indicated, I request that her deposition take place in our Worcester office, starting in the morning. Separately, I would still like to take the deposition of Mr. Cowen. The proposed dates of March 22 and 23, 2005 are acceptable for both of these depositions.

Please contact my secretary Amanda to coordinate and confirm these dates.

Very truly yours,

Darren E. Sinofsky

DES/amb

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Darren E. Sinofsky
Fax: 541-4870
dsinofsky@morrisonmahoney.com

ONE CONSTITUTION PLAZA, 10th FLOOR
HARTFORD, CONNECTICUT 06103-1810
860-616-4441
FACSIMILE: 860-244-3800

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

May 4, 2005

**VIA FACSIMILE ONLY: (203) 598-7994**

Eddi Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762-2515

Re:   **Hughes v. Equity Office Properties Trust**
      **MM File No.: 10016445**

Dear Attorney Zyko:

The company is designating Kathy LaShoto as their 30(b)(6) designee. I am in the process of obtaining available dates from her and will contact you upon receipt of these dates.

Thank you.

Very truly yours,

Darren E. Sinofsky

DES/alk

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Darren E. Sinofsky
Fax: 541-4870
dsinofsky@morrisonmahoney.com

ONE CONSTITUTION PLAZA, 10th FLOOR
HARTFORD, CONNECTICUT 06103-1810
860-616-4441
FACSIMILE: 860-244-3800

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

May 5, 2005

**VIA FACSIMILE ONLY: (203) 598-7994**

Eddi Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762-2515

Re:   **Hughes v. Equity Office Properties Trust**
      **MM File No.: 10016445**

Dear Attorney Zyko:

    In follow-up to my fax correspondence of May 4, 2005, Kathy LaShoto is available the week of May 23, 2005 in Boston. I will make myself available so please advise. In addition, I propose we conduct the deposition at our Boston office, located at 250 Summer Street, Boston, which is near South Station. Once you confirm the date and time, I will coordinate the location.

    Thank you.

Very truly yours,

Darren E. Sinofsky

DES/alk