```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

ROSEMARY A. HUGHES,              :
    Plaintiff,                :
                              :
V.                               :   CASE NO. 3:02-CV-2177(RNC)
                              :
EQUITY OFFICE PROPERTY TRUST,    :
    Defendant.                :

## RULING AND ORDER

The court notes that defendant electronically filed its Memorandum of Opposition to Plaintiff's Motion to Compel (Doc. # 56). Electronic filing of documents is not approved in this case. Defendant should manually refile its memorandum. The parties, upon agreement, may file a motion requesting approval for electronic filing.

So ordered.

Dated at Hartford, Connecticut this 24 day of June 2005.

                                             Robert N. Chatigny
                                             United States District Judge