FILED

2005 SEP 26  P 2: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES | CIVIL ACTION: |
| | 3:02-cv-2177 (RNC) |
|     Plaintiff, | |
| V. | September 26, 2005 |
| EQUITY OFFICE PROPERTIES TRUST | |
| | JURY TRIAL REQUESTED |
|     Defendant. | |

## NOTICE OF MANUAL FILING OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Please take note that plaintiff manually filed and served defendant her Memorandum in Opposition to Defendant's Motion for Summary Judgment. This document has not been filed electronically, because the plaintiff does not have the capability to so do.

THE PLAINTIFF,

BY _Eddi Z. Zyko_
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT JURIS NO. 71655
FEDERAL BAR NO. CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

## CERTIFICATION OF SERVICE

I hereby certify that on September 26, 2005 a copy of the foregoing was mailed first class, postage prepaid to the counsel for the defendants: Morrison, Mahoney & Miller, One Constitution Plaza, 10th Floor, Hartford, CT 06103.

_Eddi Z. Zyko_
EDDI Z. ZYKO, ESQUIRE