UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMARY A. HUGHES | : | Case No.: 3:02CV2177 (RNC) |
| | : | |
| Plaintiff | | |
| v. | : | |
| | | |
| EQUITY OFFICE PROPERTIES TRUST | : | JANUARY 30, 2006 |
| Defendant | | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule Civ. Proc. 41(a)(1) and 41(c), the Defendant, Equity Office Properties Trust, hereby gives notice that it is this date dismissing with prejudice its cross-claim against Houlihan's Restaurants, Inc., Lumberman's Mutual Casualty Insurance-Kemper Insurance Company in the above-captioned action. In support hereof, the Defendant represents that the Third-Party Defendants appeared in this action through counsel, but, as of the date of this Notice, no Third-Party Defendant has filed an Answer or Motion for Summary Judgment.[1]

                            THE DEFENDANT,
                            EQUITY OFFICE PROPERTIES TRUST


                            BY: Darren E. Sinofsky, Esq.
                                Darren E. Sinofsky, Esquire
                                Federal Bar No.: ct 21118
                                Morrison Mahoney LLP
                                One Constitution Plaza, 10th floor
                                Hartford, CT 06103
                                Telephone: (860) 616-4441
                                Fax: (860) 244-3800

---

[1] The Defendant further notes, that neither of the Third-Party Defendants have been involved in this litigation since November 4, 2004, because, on that date, Defendant filed a Notice of Dismissal Without Prejudice as to same, and the Court ordered the dismissal on November 10, 2004.

<u>CERTIFICATION</u>

 I hereby certify that a copy of the foregoing was mailed via U.S. mail, to the following parties of record postage prepaid this 30th day of January 2006 as follows:

Eddi Z. Zyko, Esq.
120 Fenn Road
Middlebury, CT 06762

       /s/ Darren E. Sinofsky
       Darren E. Sinofsky