UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMARY A. HUGHES | : | Case No.: 3:02CV2177 (RNC) |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| EQUITY OFFICE PROPERTIES TRUST | : | JANUARY 30, 2006 |
| Defendant | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule Civ. Proc. 41(a)(1) and 41(c), the Defendant, Equity Office Properties Trust, hereby gives notice that it is this date dismissing with prejudice its cross-claim against Houlihan's Restaurants, Inc., Lumberman's Mutual Casualty Insurance-Kemper Insurance Company in the above-captioned action. In support hereof, the Defendant represents that the Third-Party Defendants appeared in this action through counsel, but, as of the date of this Notice, no Third-Party Defendant has filed an Answer or Motion for Summary Judgment.[1]

THE DEFENDANT,
EQUITY OFFICE PROPERTIES TRUST

BY: _____
Darren E. Sinofsky, Esquire
Federal Bar No.: ct 21118
Morrison Mahoney LLP
One Constitution Plaza, 10th floor
Hartford, CT 06103
Telephone: (860) 616-4441
Fax: (860) 244-3800

---

[1] The Defendant further notes, that neither of the Third-Party Defendants have been involved in this litigation since November 4, 2004, because, on that date, Defendant filed a Notice of Dismissal Without Prejudice as to same, and the Court ordered the dismissal on November 10, 2004.

February 13, 2006. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.