UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES | CIVIL ACTION: |
| Plaintiff, | 3:02-cv-2177 (RNC) |
| V. | March 10, 2006 |
| EQUITY OFFICE PROPERTIES TRUST, | |
| Defendant. | JURY TRIAL REQUESTED |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that plaintiff appeals to the Second Circuit from the District Court's Ruling and Judgment granting defendant's motion for summary judgment entered September 30, 2005, which was made final and appealable by the subsequent filing, by third party plaintiff, of voluntary dismissal of third party complaint with prejudice, entered Feb. 9, 2006.

PLAINTIFF,

BY _____
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT. JURIS NO: 71655
FEDERAL BAR NO: CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994
E-mail: eddi_z_zyko@snet.net

### CERTIFICATION OF SERVICE

I hereby certify that on March 10, 2006 a copy of the foregoing was FAXed to the counsel for the defendants: Morrison, Mahoney & Miller, One Constitution Plaza, 10th Floor, Hartford, CT 06103 at FAX 860-244-3800 .

_____
EDDI Z. ZYKO, ESQUIRE

**YAHOO! MAIL**                                                                 Print - Close Window

**Date:**     Fri, 10 Feb 2006 00:03:54 -0500
**From:**    CMECF@ctd.uscourts.gov
**To:**       CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:02-cv-02177-RNC Hughes v. Equity Ofc Prop**
**Notice of Voluntary Dismissal   68**

**Docket Text:**
NOTICE of Voluntary Dismissal with prejudice by Equity Ofc Prop Trust (Gothers, M.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMARY A. HUGHES | CIVIL ACTION: |
| Plaintiff, | 3:02-cv-2177 (RNC) |
| V. | March 10, 2006 |
| EQUITY OFFICE PROPERTIES TRUST | |
| Defendant. | JURY TRIAL REQUESTED |

**NOTICE OF MANUAL FILING OF PLAINTIFF'S NOTICE OF APPEAL**

Please take note that plaintiff manually filed and served defendant her Notice of Appeal to the Granting of Defendant's Motion for Summary Judgment. This document has not been filed electronically, because the plaintiff does not have the capability to so do.

THE PLAINTIFF,

BY _/s/ Eddi Z. Zyko_
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT JURIS NO. 71655
FEDERAL BAR NO. CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994

**CERTIFICATION OF SERVICE**

I hereby certify that on March 10, 2006 a copy of the foregoing was FAXed to the counsel for the defendants: Morrison, Mahoney & Miller, One Constitution Plaza, 10th Floor, Hartford, CT 06103 at FAX 860-244-3800 .

_/s/ Eddi Z. Zyko_
EDDI Z. ZYKO, ESQUIRE