**MANDATE**

FILED
2006 APR 24 P 3: 27
U.S. DISTRICT COURT
NEW HAVEN CT

NHCT
02-cv-2177
Chatigny

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

---

HUGHES v. EQUITY OFFICE PROP.         No. 05-5876-cv (L)

---

FILED
APR 12 2006
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because, when it was filed, on Oct. 26, 2005, some claims were then still pending in District Court, i.e., Equity's third party claims were dismissed "without prejudice", Chappelle v. Beacon, 84 F. 3d 652 (2d Cir. 1996), FRCP 54(b), and no certification had been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above numbered appeal, 05-5876-cv, is hereby withdrawn, without costs and without attorneys' fees, pursuant to FRAP 42(b). This stipulation shall not preclude a subsequent appeal by plaintiff from a final decision, which dismissed with prejudice Equity's third party claims. And, appellant retains the right to raise in such subsequent appeal all issues sought to be raised in this apparently premature appeal.

Eddi J. Zyko/Eddi n. Zyko/ 4-5-06
Attorney For Appellant

_____ 3/27/06
Attorney For Appellee
Darren E. Sinofsky, Esq.

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _Stanley A. Bass_
Stanley A. Bass, Staff Counsel

April 12, 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK
_____
DEPUTY CLERK

CERTIFIED: 4/14/06