UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JUL 31  A 10: 36

DISTRICT COURT
[FORD, CT]

ROSEMARY A. HUGHES,

    Plaintiff-Appellant

V.

EQUITY OFFICE PROPERTIES TRUST

    Defendant-Appellee.

(Civil Action No.
3:02-cv-2177 [RNC])

USCA NO. 06-1211-cv

## INDEX TO RECORD ON APPEAL

Number of pages: 9

Certified copy of docket sheet

| Date | # | Entry |
|---|---|---|
| 12/06/2002 | 1 | MOTION by Rosemary A. Hughes to Proceed in Forma Pauperis (Pesta, J.) (Entered: 12/09/2002) 12/10/2002 ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Joan G. Margolis ) (Rodko, R.) (Entered: 12/12/2002) |
| 12/10/2002 | | Misc. Case # 3:02mc434 transferred to civil docket. Case assigned to Judge Gerard L. Goettel (Rodko, R.) (Entered: 12/12/2002) |
| 12/10/2002 | | CASE reassigned to Judge Gerard L. Goettel (Rodko, R.) (Entered: 12/12/2002) |
| 12/10/2002 | 2 | COMPLAINT (Rodko, R.) (Entered: 12/12/2002) |
| 12/10/2002 | 3 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 6/11/03 ; Dispositive Motions due 7/11/03 Amended Pleadings due 02/10/03 Motions to Dismiss due 03/10/03 (Rodko, R.) (Entered: 12/12/2002) |
| 12/12/2002 | | US Marshal 285 forms and instructions returned to plaintiff for completion (Rodko, R.) (Entered: 12/12/2002) |

| Date | No. | Description |
|---|---|---|
| 12/18/2002 | | NOTICE of Lawsuit and Request for Waiver of Service for Summons issued and handed US Marshal with USM285 forms for service in accordance with [0-0] order (Pesta, J.) (Entered: 12/18/2002) |
| 12/18/2002 | 4 | AMENDED COMPLAINT by Rosemary A. Hughes amending [2-1] complaint (Depino, F.) (Entered: 12/18/2002) |
| 01/27/2003 | 5 | APPEARANCE of Attorney for Equity Ofc Prop -- David S. Hardy (Rodko, R.) (Entered: 01/28/2003) |
| 03/06/2003 | 6 | MARSHAL'S return of service on Complaint executed as to Equity Ofc Prop on 01/01/03 (Rodko, R.) (Entered: 03/07/2003) |
| 03/10/2003 | 7 | Corporate Disclosure Statement by Equity Ofc Prop (Falcone, K.) (Entered: 03/10/2003) |
| 03/10/2003 | 8 | ANSWER and Affirmative Defenses to Complaint by Equity Ofc Prop (Falcone, K.) (Entered: 03/10/2003) |
| 05/29/2003 | 9 | REPORT of Parties Planning Meeting (Depino, F.) (Entered: 05/29/2003) |
| 06/17/2003 | 10 | APPEARANCE of Attorney for Equity Ofc Prop -- Lucy M. Romeo (Depino, F.) (Entered: 06/17/2003) |
| 06/18/2003 | | ENDORSEMENT granting [9-1] report, resett Discovery deadline to 4/1/04 , reset Dispositive Motions due by 5/1/04 ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 06/18/2003) |
| 08/19/2003 | 11 | MOTION by Rosemary A. Hughes for Entry of Default for failure to make initial disclosures as to Equity Ofc Prop (Brief Due 9/9/03 ) (Rodko, R.) (Entered: 08/21/2003) |
| 08/21/2003 | 12 | APPEARANCE of Attorney for Equity Ofc Prop -- Howard K. Levine (Rodko, R.) (Entered: 08/22/2003) |
| 08/21/2003 | 13 | OBJECTIONS by Equity Ofc Prop to [11-1] motion for Entry of Default for failure to make initial disclosures as to Equity Ofc Prop by Rosemary A. Hughes (Rodko, R.) (Entered: 08/22/2003) |

| | | |
|---|---|---|
| 08/28/2003 | | ENDORSEMENT denying [11-1] motion for Entry of Default for failure to make initial disclosures as to Equity Ofc Prop ( signed by Judge Gerard L. Goettel ) (Basile, F.) (Entered: 08/28/2003) |
| 10/30/2003 | 14 | MOTION to implead third party defendants by Equity Ofc Prop Trust. (Falcone, K.) (Entered: 10/30/2003) |
| 11/25/2003 | 15 | NOTICE of Appearance by Kimberly J. Tibbetts on behalf of Equity Ofc Prop Trust (Falcone, K.) (Entered: 12/01/2003) |
| 11/25/2003 | 16 | MOTION for Extension of Time to extend scheduling order; discovery completed by 10/1/2004, dispositive motions by 11/1/2003, Joint Trial Memorandum by 11/15/2004. by Equity Ofc Prop Trust. (Falcone, K.) (Entered: 12/02/2003) |
| 12/09/2003 | 17 | ORDER granting 14 Motion to Implead Third Party Defendants. Signed by Judge Gerard L. Goettel on 12/09/2003. (Chancey, D.) (Entered: 12/09/2003) |
| 12/11/2003 | 18 | ENDORSEMENT ORDER granting 16 Motion for Extension of Time . Signed by Judge Gerard L. Goettel on 12/10/03. (Depino, F.) (Entered: 12/12/2003) |
| 12/17/2003 | | Summons Issued as to Houlihan's Restaurants, Inc, Lumberman's Mutual Casualty Insurance. (Ruocco, M.) (Entered: 01/06/2004) |
| 12/30/2003 | 19 | THIRD PARTY COMPLAINT against Houlihan's Restaurants, Inc, Kemper Insurance Group, Lumberman's Mutual Casualty Insurance , filed by Equity Ofc Prop Trust.(Falcone, K.) (Entered: 01/05/2004) |
| 01/27/2004 | 20 | WAIVER OF SERVICE Returned Executed by Rosemary A. Hughes. Lumberman's Mutual Casualty Insurance waiver sent on 12/23/2003, answer due 2/21/2004. (Falcone, K.) (Entered: 01/28/2004) |
| 02/09/2004 | 21 | NOTICE of Appearance by Jeffrey A. Blueweiss on behalf of Houlihan's Restaurants, Inc, Kemper Insurance Group, Lumberman's Mutual Casualty Insurance (Falcone, K.) (Entered: 02/09/2004) |

| Date | No. | Entry |
|---|---|---|
| 03/25/2004 | 23 | MOTION for Default Entry 55(a) againts Third Party Defendants by Rosemary A. Hughes. (Brown, S.) (Entered: 03/30/2004) |
| 03/26/2004 | 22 | OBJECTION re 23 Motion for Entry of Default filed by Equity Ofc Prop Trust. (Depino, F.) Additional attachment(s) added on 4/6/2004 (Depino, F.). Modified on 4/6/2004 (Depino, F.). (Entered: 03/29/2004) |
| 04/05/2004 | 24 | REPLY Memorandum to Third Party Plaintiff's Objection to 23 MOTION for Default Entry 55(a) filed by Rosemary A. Hughes. (Malone, P.) (Entered: 04/06/2004) |
| 04/05/2004 | 25 | MOTION for David S. Hardy to Withdraw as Attorney by Equity Ofc Prop Trust. (Falcone, K.) (Entered: 04/06/2004) |
| 04/06/2004 |  | DOCKET ENTRY CORRECTION re 22 Response ALTERED TEXT TO REFLECT CORRECT LINK (Depino, F.) (Entered: 04/06/2004) |
| 04/08/2004 | 26 | ORDER granting 25 Motion to Withdraw as Attorney. Attorney David S. Hardy terminated . Signed by Judge Gerard L. Goettel on 04/08/2004. (Chancey, D.) (Entered: 04/08/2004) |
| 05/28/2004 | 27 | MOTION for Extension of Time of Scheduling Order deadlines for four months by Equity Ofc Prop Trust. (Depino, F.) (Entered: 06/02/2004) |
| 05/28/2004 | 28 | NOTICE TO COUNSEL re: Case reassigned to Judge Robert N. Chatigny for all further proceedings. Judge Gerard L. Goettel no longer assigned to case. Signed by Clerk on 5/28/04. (Pesta, J.) (Entered: 06/04/2004) |
| 07/08/2004 | 29 | NOTICE of Appearance by Michael S. Lynch on behalf of Third Party Defendants Houlihan's Restaurants, Inc, Kemper Insurance Group, Lumberman's Mutual Casualty Ins (Glynn, T.) (Entered: 07/08/2004) |
| 07/30/2004 | 30 | MOTION to Preclude Testimony of Expert Witness by Equity Ofc Prop Trust. (Attachments: # 1 Memorandum in Support# 2 Exhibit A# 3 Exhibit B (part 1)# 4 Exhibit B (part 2)# 5 Exhibit C# 6 Affidavit of Kimberly J. Tibbetts)(Glynn, T.) (Entered: 07/30/2004) |

4

| Date | # | Entry |
|---|---|---|
| 08/12/2004 | 31 | Memorandum in Opposition re 30 MOTION to Preclude Testimony of Expert Witness filed by Rosemary A. Hughes. Part 1 of 2 (Wiggins, M.) (Entered: 08/16/2004) |
| 08/12/2004 | 32 | MOTION for Extension of Time of Scheduling Order by Rosemary A. Hughes. (Wiggins, M.) Part 2 of 2. Modified on 8/16/2004 (Wiggins, M.). (Entered: 08/16/2004) |
| 08/16/2004 | | DOCKET ENTRY CORRECTION...modified to reflect correct file date re 32 MOTION for Extension of Time (Wiggins, M.) (Entered: 08/16/2004) |
| 08/20/2004 | 33 | RULINGS on Pending Motions and Scheduling Order - granting 27 Motion for Extension of Time, denying 30 Motion to Preclude. Discovery shall be completed by 2/1/05; joint trial memorandum due on or before 4/15/05; joint status report due 10/1/04. Signed by Judge Robert N. Chatigny on 8/19/04. (Wiggins, M.) (Entered: 08/23/2004) |
| 08/23/2004 | | Set Deadlines: Discovery due by 2/1/2005. Status Report due by 10/1/2004. Trial Brief due by 4/15/2005. (Wiggins, M.) (Entered: 08/23/2004) |
| 09/29/2004 | 34 | ENDORSEMENT ORDER denying as moot 32 Motion for Extension of Time re scheduling order. Signed by Judge Robert N. Chatigny on 9/28/04. (Gothers, M.) (Entered: 09/29/2004) |
| 10/06/2004 | 35 | OBJECTION TO PLAINTIFFS REQUEST TO ENTER THE FACILITIES filed by Equity Ofc Prop Trust. (Basile, F.) (Entered: 10/06/2004) |
| 10/15/2004 | 36 | ORDER & RULING DENIED WITHOUT PREJUDICE re 32 MOTION for Extension of Time filed by Rosemary A. Hughes. Signed by Judge Robert N. Chatigny on 10/15/04. (Gothers, M.) (Entered: 10/18/2004) |
| 10/19/2004 | 37 | ENDORSEMENT ORDER denying 23 Motion for Default Entry 55(a). Signed by Judge Robert N. Chatigny on 10/11/04. (Gothers, M.) (Entered: 10/19/2004) |
| 11/05/2004 | 38 | NOTICE of Voluntary Dismissal of cross-claims as to Houlihan's & Lumberman's Mutual by Equity Ofc Prop Trust (Bauer, J.) (Entered: 11/05/2004) |

| Date | No. | Description |
|---|---|---|
| 11/10/2004 | 39 | ENDORSEMENT ORDER re 38 Notice of Voluntary Dismissal without prejudice filed by Equity Ofc Prop Trust. Signed by Judge Robert N. Chatigny on 11/9/04. (Gothers, M.) (Entered: 11/10/2004) |
| 11/15/2004 | 40 | NOTICE of Appearance by Joel M. Fain, Darren E. Sinofsky on behalf of Equity Ofc Prop Trust (Attachments: # 1 Appearance of Fain)(Basile, F.) (Entered: 11/16/2004) |
| 11/16/2004 | 41 | MOTION for KIMBERLY J TIBBETTS to Withdraw as Attorney by Equity Ofc Prop Trust. (Basile, F.) (Entered: 11/16/2004) |
| 11/16/2004 | 42 | MOTION for HOWARD K. LEVINE to Withdraw as Attorney by Equity Ofc Prop Trust. (Basile, F.) (Entered: 11/16/2004) |
| 11/18/2004 | 43 | ENDORSEMENT ORDER granting 41 Motion to Withdraw as Attorney. Attorney Kimberly J. Tibbetts terminated. Signed by Judge Robert N. Chatigny on 11/18/04. (Gothers, M.) (Entered: 11/22/2004) |
| 11/18/2004 | 44 | ENDORSEMENT ORDER granting 42 Motion to Withdraw as Attorney. Attorney Howard K. Levine terminated. Signed by Judge Robert N. Chatigny on 11/17/04. (Gothers, M.) (Entered: 11/22/2004) |
| 12/07/2004 | 45 | Letter from Darren E. Sinofsky Dated 11/30/04 Re: pre-filing conference (Gothers, M.) (Entered: 12/07/2004) |
| 12/07/2004 | | Set Deadlines: Dispositive Motions due by 3/1/2005. (Gothers, M.) (Entered: 12/07/2004) |
| 02/28/2005 | 46 | MOTION for Summary Judgment by Equity Ofc Prop Trust. Responses due by 3/21/2005 (Basile, F.) (Entered: 03/01/2005) |
| 02/28/2005 | 47 | Memorandum in Support re 46 MOTION for Summary Judgment filed by Equity Ofc Prop Trust. (Attachments: # 1 EXHIBIT A & B)(Basile, F.) (Entered: 03/01/2005) |
| 02/28/2005 | 48 | Statement of Material Facts re 46 MOTION for Summary Judgment filed by Equity Ofc Prop Trust. (Attachments: # 1 EXHIBIT A-C)(Basile, F.) (Entered: 03/01/2005) |
| 03/04/2005 | 49 | MOTION for Extension of Time to File Response/Reply as to 46 MOTION for Summary Judgment until 5/1/05 by |

| | | |
|---|---|---|
| | | Rosemary A. Hughes. (Bauer, J.) (Entered: 03/07/2005) |
| 03/09/2005 | 50 | ENDORSEMENT ORDER granting 49 Motion for Extension of Time until 5/1/05 to File Response as to 46 MOTION for Summary Judgment Responses due by 5/1/2005. Signed by Judge Robert N. Chatigny on 3/8/05. (Gothers, M.) (Entered: 03/10/2005) |
| 04/15/2005 | 51 | MOTION for Extension of Time to File Response/Reply as to 46 MOTION for Summary Judgment until 6/1/05 by Rosemary A. Hughes. (Bauer, J.) (Entered: 04/19/2005) |
| 04/25/2005 | 52 | ENDORSEMENT ORDER granting 51 Motion for Extension of Time to File Response re 46 MOTION for Summary Judgment. Responses due by 6/1/2005. No further extensions of time will ge granted. Signed by Judge Robert N. Chatigny on 4/25/05. (Gothers, M.) (Entered: 04/28/2005) |
| 05/05/2005 | 53 | MOTION to Compel designation under rule 30(b)(6) by Rosemary A. Hughes.Responses due by 5/26/2005 AND TO FURTHER ENLARGE THE TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT (PART 1 OF 2)(Basile, F.) (Entered: 05/05/2005) |
| 05/05/2005 | 54 | MOTION for Extension of Time to File Response as to 46 MOTION for Summary Judgment until 7/1/05 by Rosemary A. Hughes. and MOTION TO COMPEL (part 2 of 2) (Basile, F.) (Entered: 05/05/2005) |
| 05/06/2005 | 55 | ENDORSEMENT ORDER denying 54 Motion for Extension of Time to File Response to Motion for Summary Judgment. The motion to compel [doc. 53] is hereby referred to Magistrate Judge Donna F. Martinez . Signed by Judge Robert N. Chatigny on 5/6/05. (Gothers, M.) (Entered: 05/10/2005) |
| 05/10/2005 | | MOTION 53 MOTION to Compel REFERRED to Judge Magistrate Donna F. Martinez. (Gothers, M.) (Entered: 05/11/2005) |
| 05/13/2005 | 56 | Memorandum in Opposition *to Plaintiff's* re 53 MOTION to Compel filed by Equity Ofc Prop Trust. (Attachments: # 1 Exhibit A)(Sinofsky, Darren) (Entered: 05/13/2005) |
| 05/24/2005 | 57 | Statement of Material Facts-Disputed re 46 MOTION for |

7

| Date | Doc # | Description |
|---|---|---|
| | | Summary Judgment filed by Rosemary A. Hughes. (Basile, F.) (Entered: 05/25/2005) |
| 05/24/2005 | 58 | Memorandum in Opposition & Affidavit of David C. Cowen re 46 MOTION for Summary Judgment filed by Rosemary A. Hughes. (Basile, F.) (Entered: 05/25/2005) |
| 06/24/2005 | 59 | RULING & ORDER - Electronic filing of documents is not approved in this case. Defendant should manually refile its memorandum.. Signed by Judge Robert N. Chatigny on 6/24/05. (Gothers, M.) (Entered: 06/28/2005) |
| 06/30/2005 | 60 | Objection re 53 MOTION to Compel filed by Equity Ofc Prop Trust. (Gothers, M.) (Entered: 07/05/2005) |
| 07/11/2005 | 61 | ORDER withdrawing 53 without prejudice Motion to Compel Designation of 30(b)(6) Designation in light of the fact that the defendant has now designated such a witness. Signed by Judge Donna F. Martinez on 7/11/05. (Martinez, Donna) (Entered: 07/11/2005) |
| 09/19/2005 | 62 | Minute Entry for proceedings held before Judge Robert N. Chatigny : Motion Hearing held on 9/19/2005 re 46 MOTION for Summary Judgment filed by Equity Ofc Prop Trust. Supplemental briefs due by 9/26/2005 (Court Reporter Diana Huntington.) (Walker, J.) (Entered: 09/20/2005) |
| 09/19/2005 | | Motions Taken Under Advisement: 46 MOTION for Summary Judgment. (Walker, J.) (Entered: 09/22/2005) |
| 09/26/2005 | 63 | Supplemental Memorandum in Opposition to 46 MOTION for Summary Judgment filed by Rosemary A. Hughes. (Gothers, M.) Additional attachment(s) added on 9/28/2005 (Gothers, M.). (Entered: 09/28/2005) |
| 09/28/2005 | | Docket Entry Correction re 63 Reply to Response to Motion modified: added Notice of Manual Filing (Gothers, M.) (Entered: 09/28/2005) |
| 09/30/2005 | 64 | RULING & ORDER granting 46 Motion for Summary Judgment . Signed by Judge Robert N. Chatigny on 9/30/05. (5 pages) (Gothers, M.) (Entered: 09/30/2005) |
| 09/30/2005 | 65 | JUDGMENT in favor of defendant against plaintiff. Signed by Clerk on 9/30/05. (Gothers, M.) (Entered: 09/30/2005) |

8

| Date | No. | Description |
|---|---|---|
| 10/26/2005 | 66 | NOTICE OF APPEAL as to 64 Order on Motion for Summary Judgment by Rosemary A. Hughes. Filing fee $ 255, receipt number H017517. (Gothers, M.) (Entered: 10/28/2005) |
| 12/19/2005 | 67 | USCA Scheduling Order as to 66 Notice of Appeal filed by Rosemary A. Hughes. USCA Number: 05-5876 (Kunofsky, L.) (Entered: 12/23/2005) |
| 02/06/2006 | 68 | NOTICE of Voluntary Dismissal with prejudice by Equity Ofc Prop Trust (Gothers, M.) (Entered: 02/09/2006) |
| 02/13/2006 | 69 | ORDER Approved re 68 Notice of Voluntary Dismissal with prejudice its cross-claim against Houlihan's Restaurant's, Inc., Lumberman's Mutual Casualty Insurance-Kemper Insurance Company filed by Equity Ofc Prop Trust, . Signed by Judge Robert N. Chatigny on 2/13/06. (Gothers, M.) (Entered: 02/14/2006) |
| 03/13/2006 | 70 | NOTICE OF APPEAL as to 69 Order by Rosemary A. Hughes. (Gothers, M.) (Entered: 03/14/2006) |
| 04/24/2006 | 71 | MANDATE of USCA (certified copy) dated 4/14/06 withdrawing 70 Notice of Appeal filed by Rosemary A. Hughes, (Gothers, M.) (Entered: 04/27/2006) |
| | 72 | Clerk's Certificate |
| | A | Certified Copy of Docket Entries |

THE PLAINTIFF,

BY *Eddi Z. Zyko*
EDDI Z. ZYKO, ESQUIRE
120 FENN ROAD
MIDDLEBURY, CT 06762
CT JURIS NO. 71655
FEDERAL BAR NO. CT-14172
TEL NO: 203-758-8119
FAX NO: 203-598-7994